AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| Environmental Defense Fund, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-12249 |
| Christopher Wright, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Environmental Defense Fund and Union of Concerned Scientists   .

Date:   08/12/2025

/s/ Megan M. Herzog
*Attorney's signature*

Megan M. Herzog (BBO No. 682948)
*Printed name and bar number*
Donahue, Goldberg & Herzog
1008 Pennsylvania Ave, SE
Washington, DC 20003

*Address*

megan@donahuegoldberg.com
*E-mail address*

(650) 353-8719
*Telephone number*

*FAX number*