IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENVIRONMENTAL DEFENSE FUND, *et al.*, <br><br> v. <br><br> CHRISTOPHER WRIGHT, in his official capacity as Secretary of Energy, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-12249 |

**PLAINTIFFS'S MOTION FOR PRELIMINARY INJUNCTION AND A STAY, OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT OR CONSOLIDATION UNDER RULE 65(A)(2)**

Pursuant to Federal Rules of Civil Procedure 65 and 56 and Local Rule 7.1, Plaintiffs hereby move for a preliminary injunction and a stay, or, in the alternative, for summary judgment or consolidation under Rule 65(a)(2). The grounds for this motion are set forth in Plaintiffs' accompanying memorandum of law in support of their motion.

Wherefore, Plaintiffs respectfully request that the Court enter relief in the form set forth in the proposed order attached to this motion. The Court should require a nominal bond of $100.

**REQUEST FOR ORAL ARGUMENT**

Plaintiffs respectfully request oral argument on the motion.

August 14, 2025

Respectfully submitted,

*/s/ Megan M. Herzog*
*Sean H. Donahue (D.C. Bar. 450940)*
Megan M. Herzog (BBO No. 682948)
DONAHUE, GOLDBERG & HERZOG
1008 Pennsylvania Avenue, SE
Washington, DC 20003

*/s/ John Robinson*
Daniel F. Jacobson (D.C. Bar 1016621)
Lynn D. Eisenberg (D.C. Bar 1017511)*
John Robinson (D.C. Bar 1735989)*
JACOBSON LAWYERS GROUP PLLC
1629 K Street NW, Suite 300

| | |
|---|---|
| (202) 277-7085<br>sean@donahuegoldberg.com<br>megan@donahuegoldberg.com | Washington DC, 20006<br>(301) 823-1148<br>dan@jacobsonlawyersgroup.com<br>lynn@jacobsonlawyersgroup.com<br>john@jacobsonlawyersgroup.com |
| *Counsel for Plaintiffs Environmental Defense Fund and Union of Concerned Scientists* | *Counsel for Plaintiffs Environmental Defense Fund and Union of Concerned Scientists*<br><br>Vickie L. Patton (CO Bar 30370)*<br>ENVIRONMENTAL DEFENSE FUND<br>2060 Broadway, Suite 300<br>Boulder, CO 80302<br>(720) 837-6239<br>vpatton@edf.org<br><br>Erin Murphy (FL Bar 1000501)*^<br>ENVIRONMENTAL DEFENSE FUND<br>555 12th St NW, Suite 400<br>Washington, D.C. 20004<br>(202) 572-3525<br>emurphy@edf.org<br><br>*Counsel for Plaintiff Environmental Defense Fund*<br><br>*Admitted Pro hac vice<br>^Practicing pursuant to D.C. Ct. App. Rule 49(c)(3) |

## LOCAL RULE 7.1 CERTIFICATE

I certify that on August 14, 2025, I conferred with counsel for Defendants, Kathryn Wyer of the U.S. Department of Justice, in an attempt to meet and confer regarding the foregoing request for relief, but the parties were unable to reach agreement.

*/s/ John Robinson*

## CERTIFICATE OF SERVICE

    I certify that on August 14, 2025, I emailed a true and correct copy of this document to counsel for Defendants, Kathryn Wyer (Kathryn.Wyer@usdoj.gov), of the U.S. Department of Justice.

*/s/ John Robinson*