IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENVIRONMENTAL DEFENSE FUND, *et al.*,<br><br>    v.<br><br>CHRISTOPHER WRIGHT, in his official capacity as Secretary of Energy, *et al.*,<br><br>    *Defendants*. | Case No. 1:25-cv-12249 |

**[Proposed] Order**

Upon consideration of Plaintiffs' motion for preliminary injunction and a stay, or, in the alternative, for summary judgment, it is hereby

**ORDERED** that Plaintiffs' motion for a preliminary injunction is **GRANTED**;

**ORDERED** that the Climate Working Group ("CWG") is preliminarily enjoined from from meeting, advising Defendants or any other federal officials or agencies, or otherwise conducting CWG business, and Defendants DOE, EPA, Secretary Wright, and Administrator Zeldin are preliminarily enjoined from facilitating any meetings or business of the CWG and receiving advice from the group or its members, unless and until Defendants comply with all requirements for the group to operate legally as an advisory committee;

**ORDERED** that Defendants shall immediately disclose all records and minutes required to be disclosed under 5 U.S.C. §§ 1009(b)-(c), and shall produce a *Vaughn* index for any materials related to the CWG in any way that are withheld from disclosure for any reason;

**ORDERED** that Defendants DOE, EPA, Secretary Wright, and Administrator Zeldin are preliminarily enjoined from relying on or citing to the CWG Report and any other recommendations, advice, or reports of the CWG, in any agency actions or proceedings;

**ORDERED** that the current deadlines for public comments on the CWG Report and the EPA NPRM to rescind the Endangerment Finding and the vehicle emissions standards are preliminary enjoined until the statutory violations described above are remedied;

**ORDERED** that Defendants EPA and Zeldin shall maintain a public comment period on the proposed rescissions of the Endangerment Finding and vehicle emissions standards for at least 45 days from the date that Defendants release all records and minutes required to be disclosed under 5 U.S.C. §§ 1009(b)-(c);

**ORDERED** that the establishment of the CWG, including the selection and appointment of its members, is preliminary set aside and stayed under 5 U.S.C. § 705;

**ORDERED** that each action taken by the CWG, including the drafting and completion of the CWG Report and the transmission of the CWG Report to Defendants' DOE, EPA, Secretary Wright, and Administrator Zeldin, is preliminary set aside and stayed under 5 U.S.C. § 705;

**ORDERED** that Defendants' actions utilizing the CWG, including DOE's publishing the CWG Report and transmitting it to Defendants EPA and Administrator Zeldin, and EPA's reliance on the CWG Report in its proposed rule to rescind the Endangerment Finding and the vehicle emissions standards, are preliminarily set aside and stayed under 5 U.S.C. § 705.

                                                William G. Young
                                                U.S. District Judge