# DECLARATION OF DR. LISA DILLING

I, Dr. Lisa Dilling, declare as follows:

1.      I am an Associate Chief Scientist with Environmental Defense Fund (EDF). My work focuses on exploration of new and emerging scientific topics that will contribute to climate change solutions and build societal resilience, with a focus on carbon dioxide removal, climate adaptation and other responses to climate change. I am an interdisciplinary scientist who has been studying the science-policy interface and how to implement effective climate change solutions for over 25 years.  Before EDF, I was a professor at the University of Colorado, Boulder for 15 years, a researcher at the National Center for Atmospheric Research, and a scientist at NOAA. Some of my recent peer-reviewed, co-authored publications include *Supply, Demand and Polarization Challenges Facing US Climate Policies*, published in Nature Climate Change, and *The role of adaptive capacity in resilience and transformation of three large U.S. urban water systems*, published in Global Environmental Change.[1] Other well-cited publications include *Including*

---

[1] Burgess, M., Van Boven, L., Wagner, G., Wong-Parodi, G., Baker, K., Boykoff, M., Converse, B., Dilling, L., et al. (2024). *Supply, Demand and Polarization Challenges Facing US Climate Policies*. Nature Climate Change, 1–9 (Jan. 2024), https://doi.org/10.1038/s41558-023-01906-y; Dilling, L., Daly, M., Travis, W., Ray, A., Wilhelmi, O. *The role of adaptive capacity in resilience and*

1

*Societal Outcomes of Extreme Weather in a Changing Climate: An Integrated Perspective*, published in the Annual Review of Environment and Resources and *Creating Usable Science: Opportunities and Constraints for Climate Knowledge Use and their Implications for Science Policy*, published in Global Environmental Change.

2. I have a PhD in Biological Sciences from University of California, Santa Barbara (1997) and a Bachelor of Arts in Biology from Harvard University (1989). My curriculum vitae is attached as Exhibit A.

3. EDF is a not-for-profit, membership organization incorporated under the laws of the State of New York. EDF is guided by science and working to stabilize the climate, strengthen the ability of people and nature to thrive, and support people's health. EDF is dedicated to finding practical and durable solutions to pressing public health and environmental problems through collaborations with businesses and communities and working with policymakers. EDF employs hundreds of scientists, economists, policy analysts, engineers, business school graduates, lawyers, and other professionals to help solve environmental problems in a scientifically sound, cost-effective, and pragmatic way.

---

*transformation of three large U.S. urban water systems*. Global Environmental Change 79, 102649 (2023), https://doi.org/10.1016/j.gloenvcha.2023.102649.

4.    I am aware that the U.S. Department of Energy ("DOE") convened a group referred to as the "Climate Working Group," (the "CWG") and that DOE and the Climate Working Group issued a report on July 29, 2025 titled "A Critical Review of Impacts of Greenhouse Gas Emissions on the U.S. Climate" (the "Report"). I am aware that DOE has issued a notice soliciting public comments on the Report by September 2, 2025.

5.    I am aware that on July 29, 2025, the U.S. Environmental Protection Agency ("EPA") issued a Notice of Proposed Rulemaking to rescind the Endangerment Finding and to rescind all light-, medium-, and heavy-duty vehicle greenhouse gas emission standards, and that public comments are due by September 15, 2025. In the proposed rule, EPA states that it "reviewed and relied upon" a May 27, 2025 draft of the CWG's Report, and EPA references the Report more than 20 times in support of broad statements attempting to cast doubt on the validity of longstanding, widely accepted climate science.

6.    The Endangerment Finding is EPA's 2009 science-based determination that greenhouse gases harm public health and welfare, and therefore must be regulated under Section 202(a) of the Clean Air Act.[2]

---

[2] U.S. EPA, Final Rule, *Endangerment and Cause or Contribute Findings for Greenhouse Gases Under Section 202(a) of the Clean Air Act*, 74 Fed. Reg. 66498 (Dec. 15, 2009).

**Climate Change Science**

7.      Global temperatures are rising as a result of the burning of fossil fuels, causing a wide variety of changes to Earth's climate that endanger human lives and health.

8.      Observational data show that global average temperatures have already risen 1.3°C (2.3°F) since the pre-industrial era – and since 1970 the continental U.S. is warming 60% faster than the global average.[3] Scientific evidence that humans are causing climate change is "unequivocal" and clearly shows that most of the rise in temperatures is due to the burning of fossil fuels.[4] Burning fossil fuels releases carbon dioxide, which, along with other greenhouse gases like methane and nitrous oxide, traps heat in the atmosphere. Levels of these gases are now higher than they have been in

---

[3] *Global Temperature,* Nat'l Aeronautics and Space Admin., https://climate.nasa.gov/vital-signs/global-temperature/?intent=121 (last visited August 11, 2025); *Climate Change Indicators: U.S. and Global Temperature*, Env't Prot. Agency (May 9, 2025), https://www.epa.gov/climate-indicators/climate-change-indicators-us-and-global-temperature.
[1] Valérie Masson-Delmotte et al., *Summary for Policymakers, in* Climate Change 2021: The Physical Science Basis. Contribution of Working Group I to the Sixth Assessment Report of the Intergovernmental Panel on Climate Change, 4 (Cambridge Univ. Press, 2021) https://doi.org/10.1017/9781009157896.001 ("[i]t is unequivocal that human influence has warmed the atmosphere, ocean and land. Widespread and rapid changes in the atmosphere, ocean, cryosphere and biosphere have occurred") [hereinafter "IPCC Sixth Assessment Report *Summary for Policymakers*"].
[4] IPCC Sixth Assessment Report *Summary for Policymakers* at 4.

over 800,000 years.[5] Since the preindustrial era, the U.S. has contributed more climate pollution to the atmosphere than any other country.[6] The U.S. continues to be responsible for vast and significant volumes of greenhouse gases—in 2023, total gross U.S. emissions were 6.197 *billion* metric tons CO2-equivalent.[7] The U.S. transportation sector is the largest source in the nation, annually emitting volumes of greenhouse gases that exceed the vast majority of countries, and are predominantly from light-, medium-, and heavy-duty vehicles.[8]

9.      Increased heat changes the climate, resulting in more frequent and intense extreme weather events. These include extreme temperatures on land and in the ocean, heavy precipitation events, and droughts as well as enhanced conditions for wildfires.[9]

---

[5] *Id.* at 8 ("[i]n 2019, atmospheric CO2 concentrations were higher than at any time in at least 2 million years (high confidence), and concentrations of CH4 and N2O were higher than at any time in at least 800,000 years (very high confidence)").

[6] *See* Matthew W. Jones et al., *National Contributions to Climate Change Due to Historical Emissions of Carbon Dioxide, Methane, and Nitrous Oxide Since 1850,* 10 Sci. Data 155 (2023) https://doi.org/10.1038/s41597-023-02041-1.

[7] U.S. EPA, Inventory of U.S. Greenhouse Gas Emissions & Sinks, 1990-2023 (2025), EPA 430-R-25-003, https://library.edf.org/AssetLink/145ky510ew61fk1tq5c2klp5kq5yp33j.pdf.

[8] *See id.* at ES-9.

[9] *See e.g.*, Chao Li et al., *Widespread persistent changes to temperature extremes occurred earlier than predicted,* 8 Sci. Reports 1007 (2018) https://doi.org/10.1038/s41598-018-19288-z ("[o]ur findings suggest that further changes to temperature extremes over parts of the Earth are likely to occur earlier than projected by the current climate models"); IPCC Sixth Assessment Report

10.    Climate change endangers human lives and health. Extreme heat exposure now causes thousands of deaths, over 100,000 emergency room visits, and approximately $100 billion in lost labor productivity per year across America.[10] Higher temperatures worsen air quality and increase the spread

_____

*Summary for Policymakers*, *supra* note 4, at 8 ("[t]he frequency and intensity of heavy precipitation events have increased since the 1950s over most land area for which observational data are sufficient for trend analysis (*high confidence*), and human-induced climate change is *likely* the main driver"); *id.* at 9 ("[h]uman influence has *likely* increased the chance of compound extreme events since the 1950s. This includes increases in the frequency of concurrent heatwaves and droughts on the global scale (*high confidence*), fire weather in some regions of all inhabited continents (*medium confidence*), and compound flooding in some locations (*medium confidence*)"); John T. Abatzoglou, & A.P. Williams*, Impact of Anthropogenic Climate Change On Wildfire Across Western US Forests*, 113 Proc. Natl. Acad. Sci. 11770 (2016), https://doi.org/10.1073/pnas.1607171113 ("[w]e demonstrate that human-caused climate change caused over half of the documented increases in fuel aridity since the 1970s and doubled the cumulative forest fire area since 1984").

[10] *See e.g.,* Jeffrey T. Howard et al., *Trends of Heat-Related Deaths in the US, 1999-2023,* 332 J. of the Am. Medical Ass'n. 1203 (2024) https://doi.org/10.1001/jama.2024.16386; Ambarish Vaidyanathan et al., *Heat-Related Emergency Department Visits — United States, May–September 2023,* 73 Morbity and Mortality Wkly. Rep. 324 (2024) https://doi.org/10.15585/mmwr.mm7315a1 (finding 119,605 heat related illness emergency department visits in 2023); Atlantic Council Adrienne Arsht-Rockefeller Found. Resilience Center, *Extreme Heat: The Economic and Social Consequences for the United States* (2021), https://www.atlanticcouncil.org/wp-content/uploads/2021/08/Extreme-Heat-Report-2021.pdf ("[u]nder baseline climate conditions, the United States could lose on average approximately $100 billion annually from heat-induced lost labor productivity").

6

of diseases like Lyme and West Nile.[11] Wildfire smoke exposes millions to unhealthy air, resulting in heart and lung disease and deaths.[12]

**EDF's Work on Climate Change**

11.    EDF seeks to bend the curve on greenhouse gas emissions by 2030, with clean, affordable and equitable solutions that create jobs and economic prosperity. We do this through cutting-edge scientific research and advocacy, wide-ranging partnerships, and a focus on strengthening laws and policies that protect health, air, water, and make food and household products safer. We take a science-based approach, rooting our advocacy in data and analytics.

---

[11] *See e.g.,* Antonis Analitis et al., *Effects of Heat Waves on Mortality: Effect Modification and Confounding by Air Pollutants,* 25 Epidemiology 15 (2014), https://doi.org/10.1097/ede.0b013e31828ac01b; Jan C. Semenza, Joacim Rocklöv & Kristie L. Ebi, *Climate Change and Cascading Risks from Infectious Disease,* 11 Infections Diseases and Therapy 1371 (2022), https://doi.org/10.6084/m9.figshare.19621077; Igor Dumic & Edson Severnini, *"Ticking Bomb": The Impact of Climate Change on the Incidence of Lyme Disease*, Canadian J. of Infectious Diseases and Medical Microbiology 1 (2018), https://doi.org/10.1155/2018/5719081; Ryan J. Harrigan et al., *A Continental Risk Assessment of West Nile Virus Under Climate Change*, 20 Global Change Biology 2417 (2014), https://doi.org/10.1111/gcb.12534.
[12] *See e.g.,* Yuanyu Xie et al., *Tripling of Western US Particulate Pollution From Wildfires in a Warming Climate,* 119 Proc. Natl. Acad. Sci. e2111372119 (2022), https://doi.org/10.1073/pnas.2111372119; Yiqun Ma et al., *Long-term Exposure to Wildland Fire Smoke PM2.5 and Mortality in the Contiguous United States,* 121 Env't Sci. e2403960121 (2024) https://doi.org/10.1073/pnas.2403960121.

12.     EDF engages in extensive, daily efforts to inform the public about matters affecting public health, environmental and energy policy, as well as about climate change science and the human health impacts of pollution.[13] EDF has multiple channels for distributing information to the public, including through direct communication with its more than three million members and supporters, press releases, blog posts, reports and analyses, scientific studies,

---

[13] *See, e.g.*, EDF, Press Release: New study shows how sectoral emissions shape today's warming and tomorrow's risks (July 30, 2025), https://www.edf.org/media/new-study-shows-how-sectoral-emissions-shape-todays-warming-and-tomorrows-risks; Vanessa Glavinskas, *Nearly 2 million people now live near a facility with a "presidential exemption" to pollute more. This map tells you if you're one of them.*, EDF Vital Signs (July 30, 2025), https://vitalsigns.edf.org/story/nearly-2-million-people-now-live-near-facility-presidential-exemption-pollute-more-map-tells; Lisa Dilling, *The Science Is Clear on the Dangers of Planet-Heating Pollution*, EDF Climate 411 (July 11, 2025), https://blogs.edf.org/climate411/2025/07/11/the-science-is-clear-on-the-dangers-of-planet-heating-pollution/; EDF, Press Release: EDF Experts Urge Trump EPA to Protect Public Health from Mercury, Toxic Air Pollution (July 11, 2025), https://www.edf.org/media/edf-experts-urge-trump-epa-protect-public-health-mercury-toxic-air-pollution; Maxine Joselow, *Oil companies face a new fine for methane. Trump could scrap it.*, Washington Post (Nov. 12, 2024), https://www.washingtonpost.com/climate-environment/2024/11/12/methane-fee-epa-cop29/ (quoting Mark Brownstein, Senior VP of Energy for EDF); David Gelles, *Confronting Our New Reality*, N.Y. Times (Sept. 25, 2024) (quoting Fred Krupp, President of EDF), https://www.nytimes.com/2024/09/25/climate/climate-change-environment-planet.html; Ted Kelly, *Building a better grid: The latest steps to deliver reliable, affordable and clean power*, EDF Energy Exchange (June 6, 2024), https://blogs.edf.org/climate411/2024/06/06/building-a-better-grid-the-latest-steps-to-deliver-reliable-affordable-and-clean-power/.

and engagement on social media.[14] EDF is frequently called upon to share its expertise on important public health and environmental issues in the popular media and in other public forums. EDF has long advocated for measures to protect people and communities from the harmful effects of air pollution and climate change; sharing relevant and timely information with our members and supporters is an important part of our advocacy efforts, enabling EDF members and the public to engage in effective advocacy for a cleaner environment.

13.    These efforts to bend the curve on U.S. greenhouse gas emissions depend on access to the best possible information concerning the actions of federal agencies regarding climate policy, particularly assessments of climate change science and planned policy changes that affect greenhouse gas emissions.

14.    In my work as an EDF scientist, I regularly monitor and review climate science assessments, including government publications such as the National Climate Assessment. I oversee work in many areas of climate science including evaluating approaches to ocean and terrestrial carbon removal, solar radiation modification, and climate adaptation. I participate in peer-

---

[14] *See, e.g.*, EDF Climate 411 Blog, https://blogs.edf.org/climate411/; EDF on LinkedIn: https://www.linkedin.com/company/environmental-defense/; EDF Solutions Newsletter: https://www.edf.org/solutions-newsletter.

review of science and the conduct of new climate-related research to add to the peer-reviewed literature. I work with other scientists at EDF and external to EDF on understanding the climate system so that society can effectively respond to climate change.

15. In my work as an EDF scientist, I participate in scientific advisory committees and boards, through which I work to apply my expertise on understanding effective societal responses to climate change to inform government research and programs. I am a member of the U.S. National Academy of Sciences, Engineering, and Medicine's Board on Environmental Change and Society and the NASA Applied Sciences Advisory Board.

16. Upon EPA's announcement in March 2025 that it intends to reconsider the Endangerment Finding—the finding that greenhouse gases endanger human health and welfare—I have been continuing to monitor actions at federal agencies related to the science of climate change.

**EDF's Support for the Endangerment Finding and Concerns Regarding the DOE "Climate Working Group"**

17. As detailed above, one of EDF's top organizational priorities is to mitigate the severe harms associated with climate change by reducing greenhouse gas emissions. Thus, EDF has supported robust federal action to reduce

10

greenhouse gas emissions and mitigate harmful climate change, including supporting EPA's longstanding Endangerment Finding that greenhouse gases harm human health and welfare, which forms a foundation for nationwide actions to reduce those emissions.

18. Government actions to undo efforts to reduce greenhouse gas emissions, or to alter scientific assessments of climate change in a manner that is inconsistent with the science, are of concern to EDF.

19. EDF sent a letter to EPA Administrator Zeldin on February 18, 2025, "submit[ting] information that strongly supports EPA's Endangerment Finding and that EPA must consider as part of any such review."[15] The letter detailed new science research that continues to reaffirm that humanity's greenhouse gas emissions have rapidly increased Earth's temperature and changed Earth's climate, and that temperature rise is now significantly affecting Americans. A supporting appendix extensively documents the depth of scientific support for the Endangerment Finding.[16]

20. As a climate scientist who has been working in the field for over 25 years, I am familiar with the work and views of the members of the CWG. All five

---

[15] Letter from P. Zalzal et al., Environmental Defense Fund, to the Hon. Lee Zeldin, Administrator, Env't Prot. Agency (Feb. 18, 2025) https://library.edf.org/AssetLink/2r0g6veae7fvj1nwj4f55gh0r47s321j.pdf.
[16] *Id.*

individuals have a history of questioning the impacts of human-caused greenhouse gas emissions on climate change, and asserting that leading scientific assessments have overstated the impacts of climate change on human health and welfare and that the costs of climate change mitigation exceed the benefits. These are contrarian views, well outside the consensus views of climate scientists. Because all five members hold points of view at odds with EDF's views—that greenhouse gas emissions cause climate change, which endangers human health—EDF lacked a representative voice on the CWG.

21. I have also reviewed the CWG's Report that was published July 29, 2025. The Report is at odds with the overwhelming consensus view among climate scientists that human activities, through emissions of greenhouse gases, have unequivocally caused global warming, and that deep reductions in greenhouse gas emissions would lead to a discernible slowdown in warming that would reduce projected losses and damages for humans and ecosystems. The Report makes broad assertions that greenhouse gas emissions and associated climate change are beneficial to land plants and the ocean, have little effect on heat waves, and are not important drivers of changes to extreme weather events, assertions that are not reflective of the vast majority of published scientific literature on climate change, and the Report omits

nearly all of the findings and conclusions of climate science and harms from climate change assessed by the Intergovernmental Panel on Climate Change and other scientific research, studies and assessments for the past 35 years. The Report's presentation of an extremely limited set of information as "the state of climate science today" overall creates a misrepresentation of the scientific consensus regarding the effect of greenhouse gas emissions on the climate.

22. Typically, expert scientific reports, including those issued by U.S. government agencies, would be subject to peer review, which is a process whereby scientists not affiliated with the authorship would review the material for accuracy, fidelity to the scientific literature, logic, and completeness of argument. Based on the information I have seen about the CWG and the Report, it does not appear that Report was subject to a peer review process or any similar review process. This raises significant concerns that the Report is not grounded in best scientific practices. To more thoroughly evaluate the Report, however, I would need more information about the process by which the Report was drafted, reviewed, and finalized. It is my understanding that if the CWG had fulfilled the requirements applicable to a federal advisory committee, then this type of information would have been made public during the development of the Report.

13

23.    EDF's work critically depends on access to information regarding governmental research and actions—including assessments of the causes, harms, and solutions regarding climate change, and details of the processes and participants that contribute to such assessments. Access to this information is necessary so that EDF can understand and evaluate the information on which federal climate policy is based, and provide information from its own experts and research to help inform public policy. EDF seeks to ensure that government actions and policies are grounded in peer-reviewed, consensus scientific findings.

24.    For these reasons, EDF has an interest in understanding the actions, decisions, and recommendations of the CWG.

25.    EDF would have attended the CWG meetings had they been made open to the public, and EDF will attend the CWG's future meetings if open to the public. EDF representatives and members would also have participated in CWG meetings as members of the public. EDF likewise would review CWG records, as information concerning the government's assessment of climate science, and the underlying scientific information and advice upon which the government relies is of central interest to EDF.

26.    EDF intends to submit comments to DOE on the CWG Report and to EPA on its proposal to rescind the 2009 Endangerment Finding and vehicle

14

emission standards, and to participate in the EPA public hearings on the rescindment proposal. EDF also intends to educate the public on the CWG Report and EPA's proposed rule.

27.    In order to thoroughly evaluate the Report, and fulsomely comment on the Report and EPA's proposal to rescind the Endangerment Finding and vehicle emission standards—which relies extensively on the Report—EDF needs more information about the process through which the CWG was convened and the Report was developed. Access to information about the CWG's records and meetings would significantly inform EDF's comments and public education efforts. Access to information about the CWG's records and meetings would enable EDF to assess this information and provide actionable analysis to our members and the broader public about the federal government's purported scientific basis for seeking to rescind the Endangerment Finding.

I declare that the foregoing is true and correct.



/s/ Lisa Dilling

Lisa Dilling

Executed on August 14, 2025.

15

# Exhibit A

Dilling July 2024

**LISA DILLING, Ph.D.**
Environmental Defense Fund, 2060 Broadway, Boulder, CO 80302

**EDUCATION**
1997        Ph.D., University of California, Santa Barbara, CA                    Biological Sciences
1989        B.A., Harvard University, Cambridge, MA                    Biology, *magna cum laude*

**EXPERIENCE**
2023-present        Associate Chief Scientist, Environmental Defense Fund

2020-2023        Professor, Environmental Studies, University of Colorado, Boulder, CO
(Associate Director for Undergraduate Studies, 2019-2021.)

2014-2021        Director, Western Water Assessment, University of Colorado, Boulder

2015-2020        Associate Professor, Environmental Studies, University of Colorado, Boulder, CO

2008-2015        Assistant Professor, Environmental Studies, University of Colorado, Boulder, CO

2004-2007        Visiting Fellow, Center for Science and Technology Policy Research, Cooperative Institute for Research in Environmental Sciences, University of Colorado, Boulder CO

2002-2004        Visiting Scientist to Project Scientist II, Environmental and Societal Impacts Group, National Center for Atmospheric Research, Boulder CO

1997-2002        Program Manager, Carbon Cycle Program, and Associate Program Manager for Ocean-Atmosphere Carbon Exchange Study and Atlantic Climate Change Program, Office of Global Programs, National Oceanic and Atmospheric Administration, Silver Spring, MD.

1996-1997        National Sea Grant Fellow, International Development, Office of Global Programs, National Oceanic and Atmospheric Administration, Silver Spring, MD

**PROFESSIONAL SERVICE/ACTIVITY HIGHLIGHTS**
2022-present        Member, U.S. National Academy of Sciences, Engineering, and Medicine's Board on Environmental Change and Society
2018-present        Member, NASA Applied Sciences Advisory Board
2016-present        Member, Aspen Global Change Institute Advisory Board, Aspen CO USA
2020        Visiting Fellow, Center for Climate Adaptation Science and Solutions. University of Arizona
2017-2023        Domain Editor, Vulnerability and Adaptation, WIRES Climate Change
2019-2021        Member, U.S. National Academy of Sciences, Environment, and Medicine Study Committee, "Developing a Research Agenda and Research Governance Approaches for Climate Intervention Strategies that Reflect Sunlight to Cool Earth"
2017-2020        Member, Advisory Board, Research Applications Lab., National Center for Atmospheric Research
2016-2020        Editor, Social Science, Bulletin of the American Meteorological Society (BAMS)
2013        Review Editor, National Climate Assessment. United States.
2011-2017        Member, Advisory Board, Advancing Knowledge Systems to Inform Climate Adaptation Decisions (ICAD), European Research Council project based at University of Leeds,Member,
2011-2015        Member, Board of Scientific Counselors (BOSC), Office of Research and Development, U.S. EPA
2011-2018        Member, Advisory Board, Decision Center for a Desert City, Arizona State University, Tempe AZ
2011        Co-Chair, AMS Conference on Climate Adaptation, Asheville NC

1

| | |
|---|---|
| 2008-present | CIRES Fellow (and associated service committees) |
| 2008-2011 | Member, UCAR President's Advisory Committee on University Relations |
| 2008-2010 | Co-Editor of Journal, Weather, Climate and Society |
| 2008-2012 | Carbon Cycle Science Working Group (for the US Global Change Research Program) |
| 2004-2007 | Co-Lead, State of the Carbon Cycle Report (SAP 2.2), Climate Change Science Program |
| 2005-2006 | DISsertation Initiative for the advancement of Climate Change ReSearch (DISCCRS) Mentor |
| 2004 | SOARS (Significant Opportunities in Atmospheric Research and Science) Mentor |
| 2003-2006 | Carbon, Climate and Society Initiative, IGERT Program, University of Colorado, Boulder |
| 2003-2005 | North American Carbon Plan (NACP) Implementation Strategy Group |
| 2003-2004 | Project Manager, Assessment Initiative, National Center for Atmospheric Research |
| 1999-2002 | Co-Chair, Carbon Cycle Interagency Working Group, U.S. Global Change Research Program |

**GRANTS AND AWARDS**

PI (Co-Lead PI on award; transitioned to co-PI), Western Water Assessment: Building resilience to compound hazards in the Intermountain West. NOAA Grant. 2021-2026.

Visiting Fellow. Center for Climate Adaptation Science and Solutions. University of Arizona, February 2020.

Co-PI, CU Boulder NC CASC: Driving innovation in co-producing science to help resource managers in the North Central region adapt to a changing world. U.S. Department of Interior Grant, 2018-2023.

Leverhulme Visiting Professorship, Hosted by University of Oxford, UK. Leverhulme Foundation UK. 2016-2017.

PI, Grand Challenge Seed Grant: Bringing Innovative Data Science Down to Earth. CU Innovative Seed Grant. 2016-2017.

Co-PI, Advancing the Use of Drought Early Warning Systems in the Upper Colorado River Basin. NOAA Grant. 2016-2018.

PI, Western Water Assessment: Building Climate Resilience by Design. NOAA Grant. 2015-2021.

PI, Balancing Severe Decision Conflicts under Climate Extremes in Water Resource Management. NOAA Grant. 2014-2018.

PI, Processes of Knowledge Co-production for Climate Adaptation Decision-Making in Semi-Arid Regions. NSF Grant. 2014-2018.

PI, Identifying Constraints to and Opportunities for Co-production of Climate Information for Improved Food Security Among Agro-pastoral Populations in Tanzania. USAID Grant. 2013-2014.

PI, Knowledge, Power and the Coproduction of Climate Information for Adaptation to Climate Change in Tanzania. CU Innovative Seed Grant Competition. 2012-2013.

Co-PI, Carbon management on public lands in the Intermountain West: multi-scale analysis of carbon stock responses to human and natural disturbances. USDA grant. 2011-2014.

PI, Evaluating adaptive policies for urban water resource management: Interactions between short-term drought responses and long-term climate change adaptation strategies. NOAA Grant. 2010-2012

PI and Co-Lead, State of the Carbon Cycle Report. NASA Cooperative agreement. 2004-2007

PI, Scales of Decision-Making and the Carbon Cycle. NOAA Grant. 2004-2007

Co-PI and Exec. Director, Science Policy Assessment and Research on Climate for Decision-Making Under Uncertainty. NSF Grant. 2004-2011.

CIRES Visiting Fellowship 2004-2007

NOAA Cash Award, 1998, 1999, 2000, 2001

Dean John A. Knauss Marine Policy Fellowship, 1995

National Science Foundation Graduate Research Fellowship, 1991-1993

**PEER-REVIEWED JOURNAL ARTICLES** (Underline indicates student author; * indicates postdoctoral supervisee author)

43. Burgess, Matthew G., Leaf Van Boven, Gernot Wagner, Gabrielle Wong-Parodi, Kyri Baker, Maxwell Boykoff, Benjamin A. Converse, et al. (2024). Supply, Demand and Polarization Challenges Facing US

Dilling July 2024

Climate Policies. *Nature Climate Change*, January 16, 2024, 1–9. https://doi.org/10.1038/s41558-023-01906-y.

42. Dilling, L.*, Daly, M.*, Travis, W., Ray, A., Wilhelmi, O. (2023). The role of adaptive capacity in resilience and transformation of three large U.S. urban water systems. *Global Environmental Change* 79, 102649 https://doi.org/10.1016/j.gloenvcha.2023.102649

41. Clifford, K.R., McAlear, Z., Henderson, J., Dilling, L., Duncan, B., Ehret, S., Arens, S., Page, R., Rick, U. (2023). But how do you *do* co-production? Implementation and Tradeoffs in Climate Adaptation Research with Stakeholders**.** *Bulletin of the American Meteorological Society 104(4*):*E872-E883* https://doi.org/10.1175/BAMS-D-21-0292.1

40. Dilling, L., Lemos, M.C., Singh, N. (2021). Commentary: First, do no harm: Scaling usable knowledge for just and equitable outcomes. *Global Environmental Change* https://doi.org/10.1016/j.gloenvcha.2021.102404

39. Henderson, J.*, **Dilling, L.**, Morss, R. Wilhelmi, O., Rick, U. (2021) "We got in the pilot program to learn from it:" Features of social learning in drought contexts along the Arkansas River in Colorado. *Weather, Climate and Society 13(4) 729-741*. DOI: https://doi.org/10.1175/WCAS-D-20-0120.1

38. Page, R. and **L. Dilling** (2020). How experiences of climate extremes motivate adaptation among water managers. *Climatic Change*, doi: 10.1007/s10584-020-02712-7

37. Daly, M. E. and **Dilling, L**. 2019. The politics of 'usable' knowledge: Examining the development of climate services in Tanzania. *Climatic Change* 157:61-80. DOI:10.1007/s10584-019-01510-w

36. Page, R. and **Dilling, L**. 2019. The critical role of communities of practice and peer learning in scaling hydroclimatic information adoption. *Weather, Climate and Society* 11: 851-862 DOI:10.1175/WCAS-D-18-0130.1

35. **Dilling, L.**, Prakash, A., Zommers, Z., Ahmad, F., Singh, N., De Wit, S., Nalau J., Daly, M., Bowman, K. 2019. **Invited** Comment: Is adaptation success a flawed concept? *Nature Climate Change*, 8 (8) 572-574: 1758-678x  https://doi.org/10.1038/s41558-019-0539-0  [Invited and reviewed by NCC editors].

34. **Dilling, L**., Berggren, J., Henderson, J.* and Kenney, D. 2019. Savior of rural landscapes or Solomon's Choice? Colorado's experiment with Alternative Transfer Methods for water (ATMs). *Water Security 6.* https://doi.org/10.1016/j.wasec.2019.100027 [**Invited** for special issue]

33. Smith, R., Kasprzyk, J., and **Dilling, L.** 2019. Testing the potential of multiobjective evolutionary algorithms (MOEAs) with Colorado water managers. *Environmental Modeling and Software* 117:149-163 https://doi.10.1016/j.envsoft.2019.03.011

32. Lemos, M.C., Eakin, H., **Dilling, L**., and Worl, J. 2019. Ch. 26. Social Sciences, Weather, and Climatic Change. **Invited** Meteorological Monographs 59:26 1-26.  https://doi.org/10.1175/AMSMONOGRAPHS-D-18-0011.1

31. **Dilling, L**., Daly M., Klein R., Kenney D., Miller K., Ray A., Travis W., Wilhelmi O. 2019. Drought in urban water systems: Learning lessons for climate adaptive capacity. *Climate Risk Management*. https://doi.org/10.1016/j.crm.2018.11.001

30. **Dilling, L**., R. Morss, and O. Wilhelmi. 2018. Learning to Expect Surprise: Hurricanes Harvey, Irma, Maria, and Beyond. Journal of Extreme Events, Vol. 4, No. 3, doi: 10.1142/S2345737617710014

3

Dilling July 2024

29. Averyt, K., Derner, J., **Dilling, L**.\*, Guerrero R., Joyce L., McNeeley, S., McNie E., Morisette J., Ojima, D., O'Malley, R., Peck, D., Ray, A., Reeves, M., Travis, W. 2018. Regional Climate Response Collaboratives: Multi-Institutional Support for Climate Resilience. *Bulletin of the American Meteorological Society,* May 2018 pp. 891-898. https://doi.org/10.1175/BAMS-D-17-0183.1 *\* corresponding author.*

28. Wibeck, V., Hansson, A., Anshelm, A., Asayama, S., **Dilling, L.**, Feetham, P.M., Hauser, R., Ishii, A., Sugiyama, M. 2017. Making sense of climate engineering: a focus group study of lay publics in four countries. *Climatic Change* 145:1-2 pp.1-14. http://doi:10.1007/s10584-017-2067-0

27. Smith, R., Kasprzyk, J., **Dilling, L**. 2017. Participatory Framework for Assessment and Improvement of Tools (ParFAIT): increasing the impact and relevance of water management decision support research. *Environmental Modeling and Software* 95: 432-446. http://dx.doi.org/10.1016/j.envsoft.2017.05.004

26. **Dilling, L.**, Pizzi, E., Berggren, J., Ravikumar, A., Andersson, K. 2017. Drivers of Adaptation: Responses to weather- and climate-related hazards in 60 local governments in the Intermountain Western U.S. *Environment and Planning A*, 1-21 DOI: 10.1177/0308518X16688686

25. Kirchhoff, C. J.\*, and **Dilling, L**. 2016. The role of US states in facilitating effective water governance under stress and change. *Water Resources Research*, http://doi.org/10.1002/2015WR018431

24. **Dilling, L**., Kelsey K.C, Fernandez, D.P., Huang, Y.D. Milford, J.B., Neff, J.C. 2016. Managing Carbon on Federal Public Lands: Opportunities and Challenges in Southwestern Colorado. *Environmental Management*, 1–14. http://doi.org/10.1007/s00267-016-0714-2

23. **Dilling, L**., Daly, M., Travis, W., Wilhelmi, O. and R. Klein. 2015. The dynamics of vulnerability: Why adapting to climate variability may not always prepare us for climate change. *WIREs: Climate Change* 2015. DOI: 10.1002/wcc.341

22. **Dilling, L.**, Lackstrom, K., Haywood, B., Dow, K., Lemos, M.C., Berggren, J., Kalafatis, S. 2015. What Stakeholder Needs Tell Us about Enabling Adaptive Capacity: The Intersection of Context and Information Provision across Regions in the United States. *Weather, Climate and Society* 7(1):5-17 DOI: 10.1175/WCAS-D-14-00001.1

21. **Dilling, L.** and J. Berggren. 2015. What do stakeholders need to manage for climate change and variability? A document-based analysis from the Intermountain West region of the U.S. *Regional Environmental Change* 15(4):657-667 DOI 10.1007/s10113-014-0668-y

20. Archie, K.M., **L. Dilling**, J.B. Milford, and F.C. Pampel. 2014. Unpacking the 'information barrier': Comparing perspectives on information as a barrier to climate change adaptation in the interior mountain West. *Journal of Environmental Management* 133:397-410. DOI 10.1016/j.jenvman.2013.12.015

19. **Dilling, L**. and R. Hauser. 2013. Governing Geoengineering Research: Why, When and How? *Climatic Change* 121(3): 553-565. DOI 10.1007/s10584-013-0835-z

18. **Dilling, L.,** and E. Failey. 2013. Managing carbon in a multiple use world: The implications of land-use decision context for carbon management. *Global Environ. Change* 23(1): 291-300. http://dx.doi.org/10.1016/j.gloenvcha.2012.10.012

17. Archie, K. M., **L. Dilling**, J. B. Milford, and F. C. Pampel. 2012. Climate change and western public lands: a survey of U.S. federal land managers on the status of adaptation efforts. *Ecology and Society* **17(4):** 20. http://dx.doi.org/10.5751/ES-05187-170420

4

16. Ellenwood, M., **L. Dilling** and J.B. Milford. 2012. Managing U.S. Public Lands in Response to Climate Change: A view from the ground up. *Environmental Management*. DOI 10.1007/s00267-012-9829-2

15. McNeeley, S. et al. (including **L. Dilling**). 2012. Catalyzing Frontiers in Water-Climate-Society Research: A View from Early Career Scientists and Junior Faculty. *Bulletin of the American Meteorological Society* April 2012. DOI:10.1175/BAMS-D-11-00221.1

14. Morss, R., Wilhelmi, O., Meehl, G., and **L. Dilling**. 2011. Improving Societal Outcomes of Extreme Weather in a Changing Climate: An Integrated Perspective. *Annual Review of Environment and Resources*. 36:16.1-16.25. doi:10.1146/annurev-environ-060809-100145

13. **Dilling, L.** and M.C. Lemos. 2011. Creating usable science: Opportunities and constraints for climate knowledge use and their implications for science policy. *Global Environmental Change* 21:680-689. doi:10.1016/j.gloenvcha.2010.11.006

12. Hale, B. and **L. Dilling**. 2011. Geoengineering, Ocean Fertilization, and the Problem of Permissible Pollution. *Science, Technology and Human Values*. 36(2): 190-212. doi:10.1177/0162243910366150.

11. Failey, E. and **L. Dilling**. 2010. Carbon stewardship: Land management decisions and the potential for carbon sequestration in Colorado, USA. *Environmental Research Letters*, 5 doi:10.1088/1748-9326/5/2/024005

10. Lemos, M.C. and **L. Dilling**. 2007. Equity in forecasting climate: Can science save the poor? *Science and Public Policy*, 34(2): 109-116.

9. **Dilling, L.** 2007. Towards science in support of decision making: Characterizing the supply of carbon cycle science. *Environmental Science and Policy* 10:48-61.

8. **Dilling, L.** 2007. Commentary: The opportunities and responsibility for carbon cycle science in the U.S. *Environmental Science and Policy* 10:1-4.

7. **Dilling, L.** 2007. Toward carbon governance: Challenges across scales in the United States. *Global Environmental Politics*, 7(2): 28-44.

6. Moser S. and **L. Dilling**. 2004. Making Climate Hot: Communicating the urgency and challenge of global climate change. *Environment* 46: 32-46.

5. **Dilling L.** and M.A. Brzezinski. 2004. Quantifying marine snow as a food choice for zooplankton using stable silicon isotope tracers. *Journal of Plankton Research* 26:1105-1114.

4. **Dilling L.**, Doney S, Edmonds J, Gurney KR, Harriss R, Schimel D, Stephens B, and G. Stokes. 2003. The role of carbon cycle observations and knowledge in carbon management. *Annual Review of Environment and Resources* 28:521-58.

3. **Dilling L.** and A.L. Alldredge. 2000. Fragmentation of marine snow by swimming macrozooplankton: A new process impacting carbon cycling in the sea. *Deep Sea Res*. I 47:1227-1245.

2. **Dilling L.**, Wilson J., Steinberg D., and A.L. Alldredge. 1998. Feeding by the euphausiid *Euphausia pacifica* and the copepod *Calanus pacificus* on marine snow. *Mar. Ecol. Prog. Ser*. 170: 189-201.

1. **Dilling L.** and A.L. Alldredge. 1993. Can chaetognath fecal pellets contribute to carbon flux? *Mar. Ecol. Prog. Ser*. 92:51-58.

**PEER-REVIEWED BOOK CHAPTERS**

6.   Simpson, C., **Dilling, L.**, Dow, K., Lackstrom, K., Lemos, M.C. and R. Riley. 2016. Applying different approaches to assessing needs and decision contexts. In: Climate in Context: Science and Society Partnering for Adaptation. Parris, A. and Garfin, G. [Eds.]. Wiley and Sons.

5.   Gordon, E., **Dilling, L.**, McNie, E., and A. Ray. 2016. Navigating Scales of Knowledge and Decision Making in the Intermountain West: Implications for Science Policy. In: Climate in Context: Science and Society Partnering for Adaptation. Parris, A. and Garfin, G. [Eds.]. Wiley and Sons.

4.   **Dilling, L**. 2015. Adaptation. Invited Contribution to: Research Handbook on Climate Governance. Bäckstrand, K., and Lövbrand E., Eds., Edward Elgar Publishing, Sweden.

3.   **Dilling, L**., and R. Romsdahl. 2013. Chapter 10: Promoting Adaptation Success in Natural Resource Management Through Decision Support: Lessons from the Great Plains and Rocky Mountain Regions. **Invited** Contribution for Successful Adaptation to Climate Change: Linking Science and Practice in a Rapidly Changing World. Moser and Boykoff, Eds. Routledge Press.

2.   **Dilling, L**., Birdsey R., and Y. Pan. 2013. Chapter 18: Opportunities and Challenges for Carbon Management on U.S. Public Lands. **Invited** Contribution for Land Use and the Carbon Cycle: Science and Applications in Human and Environment Interactions. Robinson, Brown, French and Reed, Eds. Cambridge University Press.

1.   Moser, S. and **L. Dilling**. 2011. Communicating Climate Change: Closing the Science Action Gap. **Invited** contribution for Oxford Handbook of Climate Change and Society. Dryzek, Norgaard, and Schlosberg, Eds. Oxford University Press.

**BOOK**

Moser, S. and **L. Dilling**, Eds. 2007. Creating a Climate for Change: Communicating Climate Change—Facilitating Social Change. Cambridge University Press, Cambridge UK.

**OTHER BOOK CHAPTERS**

3.   **Dilling, L**. and B. Farhar. 2007. Making it Easy: Establishing Energy Efficiency and Renewable Energy as Routine Best Practice. In: Moser S and Dilling L., Eds. Creating a Climate for Change: Communicating Climate Change—Facilitating Social Change. Cambridge University Press.

2.   **Dilling, L.** and S. Moser. 2007. Introduction. In: Moser S and Dilling L., Eds. Creating a Climate for Change: Communicating Climate Change—Facilitating Social Change. Cambridge University Press.

1.   Moser, S. and **L. Dilling**. 2007. Toward the Social Tipping Point: Creating a Climate for Change. In: Moser S and L. Dilling, Eds. Creating a Climate for Change: Communicating Climate Change—Facilitating Social Change. Cambridge University Press.

**PEER-REVIEWED NATIONAL REPORTS**

5.   National Academies of Sciences, Engineering, and Medicine. 2021. *Reflecting Sunlight: Recommendations for Solar Geoengineering Research and Research Governance*. Washington, DC: The National Academies Press. https://doi.org/10.17226/25762. (Dilling was member of committee and co-author of report)

4.   Liverman, D., S. C. Moser, P. S. Weiland, **L. Dilling**, M. T. Boykoff, H. E. Brown, E. S. Gordon, C. Greene, E. Holthaus, D. A. Niemeier, S. Pincetl, W. J. Steenburgh, and V. C. Tidwell. 2013. "Climate Choices for a Sustainable Southwest." In Assessment of Climate Change in the Southwest United States: A Report Prepared for the National Climate Assessment, edited by G. Garfin, A. Jardine, R. Merideth, M. Black, and S. LeRoy, 405–435. A report by the Southwest Climate Alliance. Washington, DC: Island Press.

3.    Michalak, A. et al. (with **L. Dilling**). 2011.  A U.S. Carbon Cycle Science Plan. University Corporation for Atmospheric Research. 69 pp.

2.    **Dilling, L**., Mitchell R., Fairman D. M., Lahsen M., Moser S., Patt A., Potter C., Rice C., and S. VanDeveer, 2007: How Can We Improve the Usefulness of Carbon Science for Decision Making? In: The First State of the Carbon Cycle Report (SOCCR): The North American Carbon Budget and Implications for the Global Carbon Cycle. A Report by the U.S. Climate Change Science Program and the Subcommittee on Global Change Research [King, A.W., L. Dilling, G.P. Zimmerman, D.M. Fairman, R.A. Houghton, G. Marland, A.Z. Rose, and T.J. Wilbanks (eds.)]. National Oceanic and Atmospheric Administration, National Climatic Data Center, Asheville, NC, USA, pp. 49-56.

1.    CCSP. 2007. The First State of the Carbon Cycle Report (SOCCR): The North American Carbon Budget and Implications for the Global Carbon Cycle. A Report by the U.S. Climate Change Science Program and the Subcommittee on Global Change Research [King, A., **Dilling, L**., Fairman, D., Houghton, R., Marland, G., Rose, A., Wilbanks, T. (eds.)]. National Oceanic and Atmospheric Administration, Climate Program Office, Silver Spring, MD, USA, National Climatic Data Center, Asheville, NC, USA, 242 pp. [**Dilling** served as Co-Lead of report, Lead Author, and co-Editor]

**OTHER REPORTS**
**Dilling, L.,** K. Clifford, E. McNie, J. Lukas, and U. Rick. 2018. Making Research More Usable at CU Boulder. Western Water Assessment Report, February, 26 pp.

**Dilling, L**. (as Co-Lead and one of several co-authors). 2010. Usable Science: A Handbook for Science Policy Decision Makers. Published by SPARC, a Decision Making Under Uncertainty project funded by the National Science Foundation.

Denning, A.S. et al.  (with **L. Dilling**). 2005. Science Implementation Strategy for the North American Carbon Program.  Report of the NACP Implementation Strategy Group of the U.S. Carbon Cycle Interagency Working Group.  Washington, DC: U.S. Carbon Cycle Science Program, 68pp.  Available online: http://www.nacarbon.org/nacp/documents.html

**BOOK REVIEWS**
**Dilling, L**. 2006. Book review of: Assessments of Regional and Global Environmental Risks: Designing Processes for the Effective Use of Science in Decisionmaking, Edited by Alexander Farrell and Jill Jäger, *Environment* October 2006, p.40.

**Dilling, L**. 2003. Book review of: Climate Change Policy: A Survey Edited by Stephen H. Schneider, Armin Rosencranz, and John O. Niles. *Environment* 45 (10):37-38.

**PRESENTATIONS** (from January 2008. underline indicates student author)

Dilling, L. Social and policy challenges for accelerating the energy transition in the United States. Presentation at Social Science and Sustainability Technology Workshop. University of Colorado Boulder, October 21, 2022.

Dilling, L. Keynote Speaker, Mountain Climate Conference. Advances in Science for Decision Making for Resource Management. September 13, 2022.  Gothic, CO

Dilling, L. Invited Speaker and Panelist. National Academies Hauser Webinar: How Are We, and How Should We Be, Adapting to Climate Change? July 18, 2022. Online.

Dilling, L. Invited Speaker. Climate Transitions Conference. Building Relationships and Creating Usable Science. June 6, 2022. Colorado State University, Ft. Collins Colorado.

Dilling, L. Invited Speaker. Principles for successful interdisciplinary collaboration. NOAA-CESSRST. January 13, 2022. Online.

Dilling, L. Invited Speaker. CCIS. Overview of the research and governance recommendations for U.S. National Academy of Sciences, Engineering, and Medicine report: *Reflecting Sunlight: Recommendations for Solar Geoengineering Research and Research Governance*. May 26, 2021. Online.

Dilling, L. Drought management in Urban Water Systems in the U.S. and lessons for Climate Change. American Association of Geographers (Virtual). April 7, 2021.

Dilling, L. Invited Speaker, CCRUN Adaptation Webinar: Drivers of Adaptation: Why do some cities take more actions in the face of hazards and others don't? Online Webinar, May 6, 2020.

Dilling, L. Drought management in Urban Water Systems in the U.S. and lessons for Climate Change. American Association of Geographers (Virtual). April 7, 2021.

Dilling, L. Several presentations as panelist for release of U.S. National Academy of Sciences, Engineering, and Medicine report: *Reflecting Sunlight: Recommendations for Solar Geoengineering Research and Research Governance*. March-April 2021.

Dilling, L. Invited CCASS Visiting Fellow Talk. Is Adaptation Success a Flawed Concept? University of Arizona, Tucson, AZ. February 20, 2020.

Dilling, L. Invited Plenary Speaker, Dialogues and Discourse Conference at University of California Davis. November 4, 2019.

Dilling, L. Invited Speaker, Yampa Basin Rendezvous. Steamboat, CO. June 2019.

Dilling, L., Livneh, B., Badger, A., Lukas, J., and Page, R. Advancing the use of drought early warning systems in the Upper Colorado River Basin. CIRES Rendezvous, CU Boulder, May 2019.

Arens, S., Clifford, K., Ehret, S., Dilling, L., Duncan, B, Henderson, J., Rick, U., Lukas, J., Rangwala, I., Page, R. Adapting the VCAPS process to drought planning in the Intermountain West. CIRES Rendezvous, CU Boulder, May 2019.

Dilling, L. Getting real with climate adaptation: New questions for research. Invited talk, Earth Lab symposium, April 18, 2019 CU Boulder.

Dilling, L. Adaptation and surprises: Managing water for a resilient future. Invited Plenary Presentation Hydrologic Sciences Symposium, April 12, 2019 CU Boulder.

Dilling, L. Making research more usable: Notes from the field. Usable Science workshop, CU Boulder, March 8 2019.

Dilling, L. Learning from Decision Making on Drought, Floods and other Hazards: Lessons for Climate Adaptation. Presentation to Scripps Fellows at the Center for Environmental Journalism, CU Boulder, February 20, 2019.

Page, R., Dilling, L. and U. Rick. Scaling knowledge innovation to smaller water providers: A focus on communities of practice. American Geophysical Union, December 12, 2018.

Dilling, L. Advancing the use of drought early warning systems in the Upper Colorado River Basin: Project Overview. SARP Project Workshop, August 1, 2018.

Dilling, L. Beyond Communication: Understanding the decision context for use of drought information in practice. **Invited presentation**, Natural Hazards Workshop, Broomfield CO July 11, 2018.

Livneh, B., Badger, A., Lukas, J., Page, R. and L. Dilling. Characterizing the robustness of snowpack-based drought indicators in the Upper Colorado River Basin. GEWEX Meeting, May, 2018.

Dilling, L. Watershed Summit Panelist, Denver Botanic Gardens, June 30, 2018.

Dilling, L. Convener, Session on Embracing Complexity: The challenges of measuring and defining adaptation success. Adaptation Futures Conference, Cape Town, South Africa, June 19, 2018.

Dilling, L., and R. Page. Beyond communication: Understanding the decision context for the use of climate information in practice. **Invited presentation**, American Associate of Geographers Annual Meeting. April 10, 2018.

Henderson, J., Dilling, L., Rick, U., Morss, R., and O. Wilhelmi. Dynamics of vulnerability in drought contexts. American Meteorological Society Annual Meeting, Austin TX, January 9, 2018

Dilling, L. The role of place-based, sustained networks for resilient drought management. American Meteorological Society Annual Meeting, Austin TX, January 7, 2018.

Dilling, L. Water security and adaptive capacity for climate: Learning lessons from drought decision making in U.S. urban contexts. **Invited presentation**, American Geophysical Union, New Orleans, LA, December 11, 2017.

Livneh, B. (invited), A.M. Badger, J. J. Lukas, L. Dilling, and R. Page. Characterizing Drought Risk Management and Assessing the Robustness of Snowpack-based Drought Indicators in the Upper Colorado River Basin. American Geophysical Union Fall Meeting, New Orleans, LA, Dec 2017

Kasprzyk JR, Smith, R, Raseman WJ, DeRousseau MA, Dilling L, Ozekin K. Collaborative Workshops for Assessment and Creation of Multi-Objective Decision Support for Multiple Sectors. American Geophysical Union Fall Meeting, New Orleans, December 2017

Dilling, L. Learning from decision making on droughts, floods and others hazards: Lessons for climate adaptation and new directions for research. ENVS Colloquium, University of Colorado Boulder, November 29, 2017.

Livneh, B., A.M. Badger, J. J. Lukas, and L. Dilling. Assessing the robustness of spring snowpack as a drought indicator in the Upper Colorado River Basin under future climate change. Upper Colorado River Basin Water Forum, Colorado Mesa State University, Nov 2017

Page, R and Dilling, L. What decision context tells use about advancing drought information use: Insights from Western Slope water systems. Upper Colorado River Basin Water Forum, Colorado Mesa State University, November, 2017

Dilling, L. Learning Lessons from managing drought: Adaptation in an interconnected, uncertain world. **Invited presentation**, University of Utah, October 3, 2017.

Dilling, L. Urban water systems: Drought response lessons for climate change adaptation. **Invited presentation**, London Climate Change Partnership. July 25th 2017.

Dilling, L. Urban water systems: Drought response lessons for climate change adaptation. **Invited presentation**, London School of Economics. July 24th 2017.

Dilling July 2024

Dilling, L. The dynamics of vulnerability: What droughts and flooding can teach us about adapting to climate change. University of Oxford. June 13th 2017.

Dilling, L. Panel session on Learning from failures in communication: Sharing lessons from research and practice. At European Climate Change Adaptation Conference, Glasgow, UK. June 5-9, 2017.

Smith, R, Kasprzyk J.R., Dilling, L, Basdekas, L., Kaatz, L. A Participatory Process to Improve the Relevance and Impact of Decision Support Research: MOEAs on the Front Range of Colorado. World Environmental and Water Resources Congress, Sacramento, CA. May 25, 2017

Dilling, L. Digging deeper into climate adaptation:  What the management of drought in U.S. cities can teach us about the dynamics of vulnerability and adapting to climate change. **Invited presentation**, University of Leeds. May 10th 2017.

Dilling, L. Drivers of adaptation at the local level: How do differences in worldviews and risk tolerance matter? **Invited presentation**, University of Exeter. March 23rd 2017.

Kelsey, K., Dilling, L., Fernandez, D., Huang Y., Milford J., Neff J., Managing Carbon on Federal Lands: Opportunities and Challenges in Southwestern Colorado, 2017 Forest Vegetation Simulator e-Conference, hosted by Forest Management Service Center, Ft. Collins CO, Feb 28 - March 2, 2017. Oral Presentation.

Dilling, L. Surprise and the dynamics of vulnerability: What drought and flooding in urban areas can teach us about climate adaptation. **Invited presentation**, King's Climate Group, King's College London, February 25, 2017.

Lincoln, S., Dilling, L., Ray, A., and Daly, M. Drought, Growth, and Climate Adaptation: A Case Study of Water Management in Las Vegas. American Meteorological Society Annual Meeting, Seattle, WA, January 26-27, 2017.

Smith, R, Kasprzyk J.R., Dilling, L., Basdekas, L., Kaatz, L. Improving the relevance and impact of decision support research: A co-production framework and water management case study. Fall Meeting of the American Geophysical Union, San Francisco, CA, December 2016.

Smith, R, Kasprzyk J.R., Basdekas, L., Dilling, L. Producing regionally-relevant multiobjective tradeoffs to engage with Colorado water managers. Fall Meeting of the American Geophysical Union, San Francisco, CA, December 2016.

Smith, R, Kasprzyk J.R., Dilling, L. Participatory Framework for Assessment and Improvement of Tools (ParFAIT): Increasing the impact and relevance of water management decision support research. Washington, DC. November 16-17, 2016.

Dilling, L., Daly, M.D., Goldman, M.S., Lovell, E. Power and Process: Shaping Knowledge Landscapes for Adaptation in Tanzania. 4S/EASST Annual Meeting. Barcelona, Spain August 31-Sept. 4, 2016.

Lincoln, S., Dilling, L., Ray, A., and Daly, M. Drought, Growth, and Climate Adaptation: A Case Study of Water Management in Las Vegas. Hollings Scholar Summer Colloquium, Washington DC. August 2, 2016.

Dilling, L. Learning from Stakeholder Needs and Enabling Adaptive Capacity: A synthesis from the US West. Climate Adaptation Futures: Fourth International Climate Change Adaptation Conference, Rotterdam, Netherlands, May 8-13, 2016.

Dilling, L. Usable science in a contentious world: Science policy, risk tolerance and moving toward clumsy solutions. **Invited Presentation**, Sarmiento Symposium, Princeton University, March 2016.

10

Smith, R, Kasprzyk J.R., Dilling. L. Co-Production with Water Managers to Improve Applicability and Adoption of an Emerging Decision Support Tool. Fall Meeting of the American Geophysical Union, San Francisco, CA, December 2015.

Smith, R, Kasprzyk J.R., Dilling, L. Co-Producing a Many Objective Problem Formulation to Support Water Management in the Front Range. American Water Resources Association Annual Water Resources Conference, Denver, CO, November 2015.

Daly, M. and Dilling, L. A problem-oriented analysis of the Global Framework for Climate Services. Policy Sciences Annual Institute, Washington, DC, October 14, 2015.

Dilling, L. The dynamics of vulnerability: Why adapting to climate variability won't always prepare us for climate change. Upper Colorado River Basin Water Forum, October 28, 2015.

Smith, R, JR Kasprzyk, L Dilling. Co-Producing a Many Objective Problem Formulation to Support Water Management in the Front Range. American Society of Civil Engineers' World Environmental & Water Resources Congress, Austin, TX, May 2015.

Dilling, L. What have we learned about stakeholder needs and enabling adaptive capacity? A synthesis of selected WWA research related to the North Central region. North Central Climate Science Center Open Science Conference, Fort Collins, CO, May 20-22, 2015.

Dilling, L., Morss, R. and O. Wilhelmi. Colorado's September 2013 Floods: What does surprise teach us about vulnerability in high adaptive capacity systems? American Meteorological Society Annual Meeting, Phoenix, AZ, January 4-8, 2015.

Dilling, L., Berggren, J., Ravikumar, A., and K. Andersson. The role of risk perception and other drivers in adaptation to weather- and climate-related hazards at the municipal scale in the US Mountain West. Society for Risk Analysis, Denver, CO, Dec. 9, 2014.

Dilling, L. Adapting to climate change: Does it pose new challenges to governance and public policy? **Invited Presentation** at Climate Governance Handbook Workshop, Linköping, Sweden, May 7-9, 2014.

Dilling, L., Andersson, K., Berggren, J., and Ravikumar, A. Adaptation at the municipal scale in the US Mountain West: What drives action in the face of weather and climate-related hazards? Climate Adaptation Futures: Third International Climate Change Adaptation Conference, Fortaleza, Brazil, May 12-16, 2014.

Dilling, L., Daly M., Klein R., Wilhelmi O., Kenney, D., Travis W., Ray, A., and Miller, K. The Dynamics of Vulnerability and Implications for Climate Change Adaptation: Lessons from Urban Water Management. American Geophysical Union Annual Meeting, San Francisco CA, December 9-13, 2013.

Dilling, L., and M. Daly. Carbon management in Colorado, USA and adaptation in Northern Tanzania: An examination of conditioning factors affecting the ability to deliver knowledge in support of decisions. Annual Policy Sciences Institute, Collegeville PA, October 25-26, 2013.

Dilling, L., Berggren, J., Ravikumar, A., Bardsley, T., and K. Andersson. Adaptation to climate-related hazards in Colorado, Wyoming and Utah: Explaining differences in local responses. 11th Annual CPASW (Climate Prediction Applications Science Workshop) in Logan, UT, April 23-25, 2013.

Dilling, L. Making adaptive decisions in the face of climate change: Progress, barriers and the role of scientific information. **Invited Colloquium Speaker**, Lewis and Clark College of Law School, Portland Oregon. April 15, 2013.

11

Dilling, L., Berggren, J., Ravikumar, A., Bardsley, T., and K. Andersson.  Adaptive actions: Why communities take them and implications for vulnerability.  National Adaptation Forum, Denver, CO April 3, 2013.

Dilling, L., Fernandez D., Milford, J., Kelsey, K., Barger, N. and J. Neff. Mapping decision zones for carbon management in the San Juan National Forest. 4th Annual North American Carbon Program All-Investigators Meeting, Albuquerque NM. Feb. 4-7, 2013.

Dilling, L., Ravikumar A., Berggren J., and K. Andersson. Adaptation to climate-related hazards in Colorado, Wyoming and Utah: Explaining differences in local responses.  American Meteorological Society Annual Meeting.  Austin, TX. January 7-11, 2013.

Archie, K., Dilling, L., Milford J, and F Pampel. Climate Change Adaptation in the Western US: Differences in top-down vs bottom-up policy responses. International Conference on the Culture and Politics of Climate Change, University of Colorado Boulder, September 2012

Dilling, L. **Invited Plenary Presentation**: SREX and moving forward with climate adaptation. Annual Natural Hazards Research and Applications Workshop. Broomfield, CO. July 15, 2012.

Dilling, L., Daly, M., Klein, R., Wilhelmi O., and Travis, W. The dynamics of vulnerability: Why adapting to climate variability may not always prepare us for climate change. Climate Adaptation Futures: Second International Climate Change Adaptation Conference 2012. Tucson, AZ, May 29-31, 2012.

Dilling, L. and R. Romsdahl. Defining adaptation success in natural resource management.  **Invited** Panel presentation at Climate Adaptation Futures: Second International Climate Change Adaptation Conference 2012. Tucson, AZ, May 29-31, 2012.

Dilling, L. Ownership of the goal of producing usable science.  **Invited** Panel presentation at Climate Adaptation Futures: Second International Climate Change Adaptation Conference 2012. Tucson, AZ, May 29-31, 2012.

Dilling, L., Andersson K., Ravikumar A., and C. Brown.  Local adaptation strategies: Perceptions and responses to hazards by municipalities in Colorado, Wyoming and Utah.  ICARUS Conference on Climate Adaptation, New York, New York, May 19-21, 2012

Dilling, L., Daly M., Klein R., Wilhelmi O., and W. Travis. Dynamics of Vulnerability: Why adapting to climate variability may not always prepare us for climate change.  ICARUS Conference on Climate Adaptation, New York, New York, May 19-21, 2012

Dilling, L.  **Invited Presentation**: Some [possibly] heretical notions on what motivates policy action and what the role of communication might be. Forum on the Challenge of Communicating the Climate Change Crisis. World Renewable Energy Forum, Denver, Colorado May 15 2012.

Dilling, L. Climate adaptation barriers and opportunities in the United States: A focus on policy and decision making at the sub-national scale. Planet Under Pressure International Conference, London, United Kingdom, March 26-29, 2012.

Dilling, L., Dow K., Lemos M.C., Lackstrom K., Berggren J., Kalafatis S., Haywood B., and R. Henry. **Invited Presentation**: Toward a framework for assessing stakeholder needs in responding to climate change across spatial and temporal scales. American Meteorological Society Annual Meeting.  New Orleans, LA. January 22-26, 2012.

12

Dilling, L. Matching the production of scientific knowledge to needs across scales: The implications of climate adaptation decision making for science policy. 2011 Atlanta Conference on Science, Technology and Innovation Policy.  Atlanta, GA September 15-17, 2011.

Dilling, L. Facilitating Usable Science: Experience from the use of seasonal climate forecasts. **Invited Presentation** for the American Chemical Society Annual Meeting, Denver, CO. August 28 – September 1, 2011.

Dilling, L., Dow K., Lemos M.C., Lackstrom K., Berggren J., Kalafatis S., Haywood B., and R. Henry. Building and comparing stakeholder databases and networks across RISAs. American Meteorological Society Conference on Climate Adaptation.  Asheville, NC. July 18-20, 2011.

Kirchhoff, C. and L. Dilling. Science Informing Policy? Understanding Drivers and Constraints to Improved Water Management in a Changing Climate. Asheville, NC. July 18-20, 2011.

Berggren, J. and L. Dilling. Analyzing expressed stakeholder needs in the Western Water Assessment RISA. American Meteorological Society Conference on Climate Adaptation.  Asheville, NC. July 18-20, 2011.

Archie, K. and L. Dilling. The role of information in climate change adaptation on Western Public Lands. American Meteorological Society Conference on Climate Adaptation.  Asheville, NC. July 18-20, 2011.

Morss, R., Wilhelmi O., Dilling L., Hayden M. H., and G. Meehl. Extreme weather and community-based climate adaptation: An integrated framework with an application to extreme heat. American Meteorological Society Conference on Climate Adaptation.  Asheville, NC. July 18-20, 2011.

Daly, M., Klein, R., Dilling L., Travis W., Kenney D., Wilhelmi O., Miller K., and A. J. Ray. Evaluating Interactions of Drought and Climate Change Adaptation Policy for Urban Water Resource Management. American Meteorological Society Conference on Climate Adaptation.  Asheville, NC. July 18-20, 2011.

Daly, M., Klein, R., and L. Dilling (Presenter). **Invited Presentation**: Urban water management and Adaptation to Climate Change: Preliminary research on how responses to drought condition adaptive capacity. University Council on Water Resources. Boulder, CO July 14, 2011.

Kirchhoff, C. and L. Dilling.  Managing Water Resources in a Changing Climate: Understanding Drivers and Constraints to Adaptation Policy and Planning across Scales and Levels of Decision Making, Colorado Conference on Earth System Governance, Fort Collins, CO. 17-20 May 2011.

Archie, K. and L. Dilling.  Climate Change Adaptation and Western Public Lands: Do Decision Makers Have the Information and Tools They Need to Govern?  Colorado Conference on Earth System Governance, Fort Collins, CO. 17-20 May 2011.

Kirchhoff, C. and L. Dilling.  Managing Water Resources in a Changing Climate: Understanding Drivers and Constraints to Adaptation Policy and Planning across Scales and Levels of Decision Making Association of American Geographers.  Association of American Geographers.  Seattle, WA. April 12-16, 2011.

Archie, K. and L. Dilling.  Climate Change Adaptation and Western Public Lands: Do Decision Makers Have the Information and Tools They Need to Govern? Association of American Geographers.  Seattle, WA. April 12-16, 2011.

Dilling, L. When is geoengineering research "just research"? The role of research framing in light of the use of technology.  Gordon Research Conference on Science and Technology Policy, Waterville NH, August 8-13, 2010.

Dilling, L. The weakest link: The uptake of knowledge on vulnerability into decision making. Climate Adaptation Futures Conference, Gold Coast, Australia. June 29-July 1, 2010.

Dilling, L. Lessons Learned but not Applied: Adaptation Knowledge and Policy Uptake. ICARUS (Initiative for Climate Adaptation Research and Understanding through the Social Sciences) Workshop on Climate Variability and Adaptation: Theory and Cases Workshop held at Beckman Institute, University of Illinois, Urban Champaign, Feb 10-13, 2010.

Dilling, L. **Invited Presentation**: Providing policy-relevant information for greenhouse gas management: Perspectives from science and technology policy research. American Geophysical Union, San Francisco, December 16, 2009.

Dilling, L. **Invited Plenary Speaker**: "Social Science and Decision Support in Carbon Cycle Science Planning", Ocean Carbon and Biogeochemistry Program Summer Meeting, Woods Hole, MA July 20, 2009

Dilling, L. The urgency of the climate change challenge: Is governance "getting in the way" of progress?  Oral Presentation, The IARU International Scientific Congress on Climate Change, Copenhagen, Denmark, March 10-12, 2009.

Dilling, L. and E. Failey.  Land use decision making as a driver of carbon sequestration at multiple scales: A Colorado case study'. **Plenary Presentation**, North American Carbon Program Principle Investigators' Meeting, San Diego, CA, February 20th, 2009.

Dilling, L. U.S. science policy for climate change adaptation: A preliminary evaluation. Oral presentation at the American Meteorological Society Annual Meeting, Phoenix AZ, January 14th, 2009.

Dilling, L. and E. L. Failey.  Management of carbon across sectors and scales: Insights from land use decision making. Oral presentation at the American Geophysical Union Fall meeting, San Francisco, CA, December 19th, 2008.

Dilling, L. **Invited Presentation**: Communicating about climate change: Moving beyond the myths toward more effective strategies for societal engagement. Colorado State University Department of Atmospheric Science, December 3, 2008.

Dilling, L. Carbon management strategies. **Invited presentation** for the Denver Regional Council of Governments. Nov. 20th, 2008.

Dilling, L. Climate change, adaptation strategies and the use of information. **Invited presentation** for the Denver Regional Council of Governments. Nov. 19th, 2008.

Dilling, L. A new direction for global climate change governance. Poster presentation, Energy Initiative Symposium, Nov. 17th, 2008, University of Colorado, Boulder.

Dilling, L. **Invited presentation**: "The Usefulness of Carbon Science for Decision-Making," at "Designing Climate Change Policy: Implementing California AB 32," University of Southern California. May 21-22, 2008.

Hale B. and L. Dilling. "Carbon Sequestration, Ocean Fertilization, and the Problem of Permissible Pollution", Presentation to Energy & Responsibility: A Conference on Ethics and the Environment. University of Tennessee, Knoxville, April 10-12, 2008.

Dilling, L. Societal aspects of prediction. **Invited presentation** at IMDA workshop, ATOC program, University of Colorado, Boulder. April 2008.

Dilling, L. "Scales of decision-making in land use and carbon management," University of Colorado, Department of Geography – Colloquia Spring 2008. February 28, 2008.

Dilling, L. Carbon sequestration as a policy option for addressing climate change: technical and governance perspectives. Center for Environmental Journalism Colloquium. Feb. 2008.

Dilling, L. Creating a climate for Change: Rethinking communication and climate change, CU Environmental Engineering, February 8, 2008.

Dilling, L. Climate Change Communication Challenges, panel for CU's "Focus the Nation: Campus Teach-in on Global Warming" January 31, 2008.


**PEER REVIEW SERVICE**
*Agencies*:  National Science Foundation, National Aeronautics and Space Administration, National Oceanic and Atmospheric Administration, EUR-OCEANS (6th Framework of European Communities), Austrian Science Fund.
*Journals:* Agricultural Systems Journal, Annals of the Association of American Geographers, Bulletin of the American Meteorological Society, Climate, Climatic Change, Climate Policy, Climate Risk Management, Earth Perspectives, Environmental Management, Environmental Research Letters, Environmental Science and Policy, Environment and Planning C, Forest Policy and Economics, Global Environmental Change, Global Environmental Politics, IBM Journal of Research and Development, Journal of Plankton Research, Journal of the American Water Resources Association, Journal of Environmental Planning and Management, Policy Sciences, Risk Analysis, Social Networks, Society and Natural Resources, Sustainability, Tellus, Urban Climate, Weather Climate and Society, Wiley Interdisciplinary Reviews Climate Change.   *Presses*: AGU Book Series, MIT Press, Cambridge University Press, Earthscan Press, National Academy of Sciences

**PROFESSIONAL MEMBERSHIPS**
American Geophysical Union; American Meteorological Society; The Society for the Policy Sciences; Association for Environmental Studies and Sciences