## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENVIRONMENTAL DEFENSE FUND, *et al.*, <br><br> v. <br><br> CHRISTOPHER WRIGHT, in his official capacity as Secretary of Energy, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-12249 |

**PLAINTIFFS'S MOTION FOR EXPEDITED BRIEFING SCHEDULE**

On August 14, 2025, Plaintiffs filed a Motion for Preliminary Injunction or, in the Alternative, For Summary Judgment or Consolidation Under Rule 65(a)(2). ECF No. 15 (PI Motion). Through the PI Motion, Plaintiffs seek, in part, to enjoin Defendants from relying on the Climate Working Group (CWG) Report until Defendants come into compliance with the Federal Advisory Committee Act (FACA).

Defendants have already relied and are currently relying on the CWG Report by: (1) releasing a draft of the CWG Report, with comments due on September 2, 2025 and (2) incorporating the CWG Report into the Environmental Protection Agency's Proposed Rule, *Reconsideration of 2009 Endangerment Finding and Greenhouse Gas Vehicle Standards*, with comments due September 22, 2025.

Plaintiffs respectfully request that the Court expedite briefing on its PI Motion and order the following briefing schedule, so that the PI Motion may be heard and decided before the close of the CWG Report comment period on September 2, 2025:

- Defendants' Opposition:  Due August 21, 2025
- Plaintiffs' Reply:  Due August 26, 2025
- Hearing: Week of August 25 (after filing of reply)

August 14, 2025

*/s/ Megan M. Herzog*
*Sean H. Donahue (D.C. Bar. 450940)*
Megan M. Herzog (BBO No. 682948)
DONAHUE, GOLDBERG & HERZOG
1008 Pennsylvania Avenue, SE
Washington, DC 20003
(202) 277-7085
sean@donahuegoldberg.com
megan@donahuegoldberg.com

*Counsel for Plaintiffs Environmental Defense Fund and Union of Concerned Scientists*

Respectfully submitted,

*/s/ John Robinson*
Daniel F. Jacobson (D.C. Bar 1016621)
Lynn D. Eisenberg (D.C. Bar 1017511)*
John Robinson (D.C. Bar 1735989)*
JACOBSON LAWYERS GROUP PLLC
1629 K Street NW, Suite 300
Washington DC, 20006
(301) 823-1148
dan@jacobsonlawyersgroup.com
lynn@jacobsonlawyersgroup.com
john@jacobsonlawyersgroup.com

*Counsel for Plaintiffs Environmental Defense Fund and Union of Concerned Scientists*

Vickie L. Patton (CO Bar 30370)*
ENVIRONMENTAL DEFENSE FUND
2060 Broadway, Suite 300
Boulder, CO 80302
(720) 837-6239
vpatton@edf.org

Erin Murphy (FL Bar 1000501)*^
ENVIRONMENTAL DEFENSE FUND
555 12th St NW, Suite 400
Washington, D.C. 20004
(202) 572-3525
emurphy@edf.org

*Counsel for Plaintiff Environmental Defense Fund*

*Admitted Pro hac vice
^Practicing pursuant to D.C. Ct. App. Rule 49(c)(3)

**LOCAL RULE 7.1 CERTIFICATE**

      I certify that on August 14, 2025, I conferred with counsel for Defendants, Kathryn Wyer of the U.S. Department of Justice, in an attempt to meet and confer regarding the foregoing request for relief, but the parties were unable to reach agreement.

*/s/ John Robinson*

**CERTIFICATE OF SERVICE**

      I certify that on August 14, 2025, I emailed a true and correct copy of this document to counsel for Defendants, Kathryn Wyer (Kathryn.Wyer@usdoj.gov), of the U.S. Department of Justice.

*/s/ John Robinson*