## AFFIDAVIT OF SERVICE

| Case:<br>1:25-cv-12249 | Court:<br>IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS | County: | Job:<br>13919069 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Environmental Defense Fund, Union of Concerned Scientists. | | **Defendant / Respondent:**<br>Christopher Wright, in his official capacity as Secretary of Energy et als. | |
| **For:**<br>Jacobson Lawyers Group PLLC | | **Received by:**<br>DEWSNAP & ASSOCIATES LLC | |
| **To be served upon:**<br>U.S. Attorneys' Office | | | |

I, WILLIAM H. DEWSNAP, III, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| | |
|---|---|
| Recipient Name / Address: | Doug Wood, Administrative Assistant, U.S. Attorney's Office , 1 COURTHOUSE WAY, BOSTON, MA 02210 |
| Manner of Service: | Business, Aug 12, 2025, 3:01 pm EDT |
| Documents: | Complaint, Civil Cover Sheet, Category Form and Summonses. |

**Additional Comments:**
Successful Attempt: Aug 12, 2025, 3:01 pm EDT at 1 COURTHOUSE WAY, BOSTON, MA 02210 received by Doug Wood, Administrative Assistant, U.S. Attorney's Office . Age: 60; Ethnicity: Caucasian; Gender: Male; Weight: 100; Height: 5'10"; Hair: Gray;

*[Signature]*                                       08/12/2025

WILLIAM H. DEWSNAP, III                Date
Process Server and Disinterested Person

DEWSNAP & ASSOCIATES LLC
92 State Street 8th Floor
Boston, MA 02109
617-367-1070