UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ENVIRONMENTAL DEFENSE FUND, *et al.*,

            *Plaintiffs*,

   v.

CHRISTOPHER WRIGHT, in his official capacity as Secretary of Energy, *et al.*,

            *Defendants*.

No. 1:25-cv-12249-WGY

### UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF AS AMICI CURIAE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND A STAY, OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT OR CONSOLIDATION UNDER FED R. CIV. P. 65(A)(2)

      The Commonwealth of Massachusetts moves for leave to file an amicus brief on behalf of itself and on behalf of other state and local governments ("Amici State and Local Governments") in support of Plaintiffs' Motion for Preliminary Injunction and a Stay, or, in the Alternative for Summary Judgement or Consolidation Under Rule 65(A)(2). (ECF No. 15). A copy of the proposed amicus brief is attached as Exhibit 1 to this motion. A Proposed Order is attached as Exhibit 2. In support of the motion, Massachusetts asserts the following:

      1.    Amici State and Local Governments have a strong interest in ensuring that the federal government relies on scientifically rigorous information that is unbiased, transparent, and produced in full compliance with the law, particularly in relation to matters critical to public health and welfare.

2.      Amici State and Local Governments and their residents will be irreparably harmed if the federal government Defendants are permitted to continue operating and utilizing Defendant Department of Energy's Climate Working Group Report.

3.      It is within a court's "sound discretion" whether to permit amicus briefing. *Strasser v. Doorley*, 432 F.2d 567, 569 (1st Cir. 1970). Amicus briefing may be permitted "to assist the court in cases of great public interest by making suggestions to the court, by providing supplementary assistance to existing counsel, and by insuring a complete and plenary presentation of difficult issues so that the court may reach a proper decision." *Students for Fair Admissions, Inc. v. President & Fellows of Harvard Coll.*, 308 F.R.D. 39, 52 (D. Mass.), aff'd, 807 F.3d 472 (1st Cir. 2015) (internal citations and quotations omitted). Because of the unique role that states play, both the Federal Rules of Appellate Procedure and the Rules of the Supreme Court provide that a state may file amicus briefs without the consent of parties or leave of court. *See* Fed. R. App. P. 29(a)(2); S.Ct. R. 37(4) (no motion for leave to file amicus required "on behalf of a State [or] Commonwealth . . . when submitted by its Attorney General").

4.      The proposed brief will assist the Court in its consideration of the pending motion because the Amici State and Local Governments can address the specific harms that Defendants establishment and utilization of the Climate Working Group will have on Amici State and Local Governments and the health and welfare of their residents. Further, Amici State and Local Governments can address the specific harms to State and Local Governments' strong interest in ensuring the federal government relies on robust and accountable science in making federal policy decisions of significant national importance.

5.      Counsel for Massachusetts has conferred with counsel of record for the parties in this case. Plaintiffs and Defendants do not oppose this motion.

## **CONCLUSION**

For the forgoing reasons, Massachusetts respectfully requests that the Court grant its motion for leave to file an amicus brief on behalf of Amici State and Local Governments in support of Plaintiffs' Motion for Preliminary Injunction and a Stay, or, in the Alternative for Summary Judgment or Consolidation Under Rule 65(A)(2). (ECF No. 15).

August 29, 2025                                   Respectfully Submitted,

**ANDREA JOY CAMPBELL**
  *Attorney General of Massachusetts*

/s/ *Emily Mitchell Field*
Emily Mitchell Field, BBO No.703726
  *Assistant Attorney General*
  *Environmental Protection Division*
Turner Smith, BBO No. 684750
  *Deputy Chief & Assistant Attorney General*
  *Energy and Environment Bureau*
Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, Massachusetts 02108
(617) 727-2200
emily.field@mass.gov
turner.smith@mass.gov

## CERTIFICATION OF SERVICE AND COMPLIANCE WITH LOCAL RULE 7.1

    I, Emily Mitchell Field, hereby certify that I have this day, August 29, 2025, served the foregoing document upon all parties of record, by electronically filing to all ECF-registered parties and by sending a copy, first-class mail, postage prepaid to all unregistered parties. I further certify that I conferred with all parties who have indicated they do not oppose this motion.

    /s/ *Emily Mitchell Field*
Emily Mitchell Field
Assistant Attorney General
Commonwealth of Massachusetts