# Exhibit 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ENVIRONMENTAL DEFENSE FUND, *et al.*,

           *Plaintiffs*,

v.

CHRISTOPHER WRIGHT, in his official capacity as Secretary of Energy, *et al.*,

           *Defendants*.

No. 1:25-cv-12249-WGY

**[PROPOSED] ORDER GRANTING MOTION OF THE COMMONEWEALTH OF MASSACHUSETTS FOR LEAVE TO FILE A BRIEF AS AMICUS CURIAE**

    The Court has reviewed the Unopposed Motion of the Commonwealth of Massachusetts for Leave to File a Brief as Amicus Curiae in the above-referenced action and hereby GRANTS the motion.

SO ORDERED:

DATED this \_\_\_\_ day of _____ 2025

           By: _____
                The Honorable William G. Young
                United States District Judge