IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENVIRONMENTAL DEFENSE FUND, *et al.*,<br><br>    v.<br><br>CHRISTOPHER WRIGHT, in his official capacity as Secretary of Energy, *et al.*,<br><br>             *Defendants*. | Case No. 1:25-cv-12249 |

**[Proposed] Scheduling Order**

Upon consideration of Plaintiffs' motion for a scheduling order, it is hereby ordered as follows:

1. Defendants Department of Energy and Secretary of Energy Wright shall file the administrative record by December 1, 2025.

2. Plaintiffs may serve written discovery requests and/or deposition notices on Defendant Climate Working Group (CWG). Defendant CWG shall respond to written discovery requests within 10 days.

3. Plaintiffs may serve written discovery requests and/or deposition notices on any defendant concerning EPA's involvement in the CWG. Defendants shall respond to written discovery requests within 14 days.

4. Service of deposition notices and written discovery requests and responses may be by email.

                                                                        _____
                                                                        William G. Young
                                                                        U.S. District Judge