IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENVIRONMENTAL DEFENSE FUND, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> CHRISTOPHER WRIGHT, in his official capacity as Secretary of Energy, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-12249 |

**JOINT PROPOSED SCHEDULE**

Pursuant to the Court's Order issued December 8, 2025, the parties jointly propose the following schedule to address the remaining issues in the case.

1. January 5, 2026: Deadline for plaintiffs' brief on remedies with regard to the U.S. Department of Energy (DOE) and the Climate Working Group (CWG).

2. January 16, 2026: Deadline for defendants' response brief on remedies with regard to DOE and the CWG.

3. Any reply or surreply briefs may be filed only by Court order, and any motion seeking leave to file a reply or surreply brief shall be filed within 7 days of the filing to which it responds.

4. At the Court's earliest convenience: Hearing on the pending motion to dismiss claims against the U.S. Environmental Protection Agency (EPA) and Administrator Zeldin.

5. Additional briefing regarding EPA and Administrator Zeldin to proceed, as appropriate, after resolution of the government's pending motion to dismiss.

The near-term components of this proposed schedule are presented for the Court in the attached Proposed Order.

December 22, 2025

/s/ John J. Halloran, Jr.
JOHN J. HALLORAN, JR.
D.C. Bar No. 454128
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 598-3398
Fax: (202) 616-8460
Email: John.J.Halloran.Jr@usdoj.gov

*Attorneys for Defendants*

Respectfully submitted,

/s/ Megan M. Herzog
Sean H. Donahue (D.C. Bar. 450940)*
Megan M. Herzog (BBO No. 682948)
DONAHUE, GOLDBERG & HERZOG
1008 Pennsylvania Avenue, SE
Washington, DC 20003
(202) 277-7085
sean@donahuegoldberg.com
megan@donahuegoldberg.com

/s/ Daniel F. Jacobson
Daniel F. Jacobson (D.C. Bar 1016621)*
Lynn D. Eisenberg (D.C. Bar 1017511)*
John Robinson (D.C. Bar 1735989)*
JACOBSON LAWYERS GROUP PLLC
1629 K Street NW, Suite 300
Washington DC, 20006
(301) 823-1148
dan@jacobsonlawyersgroup.com

*Counsel for Plaintiffs Environmental Defense Fund and Union of Concerned Scientists*

Vickie L. Patton (CO Bar 30370)*
ENVIRONMENTAL DEFENSE FUND
2060 Broadway, Suite 300
Boulder, CO 80302
(720) 837-6239
vpatton@edf.org

Erin Murphy (FL Bar 1000501)*^
ENVIRONMENTAL DEFENSE FUND
555 12th St NW, Suite 400
Washington, D.C. 20004
(202) 572-3525
emurphy@edf.org

*Counsel for Plaintiff Environmental Defense Fund*

*Admitted pro hac vice
^Practicing pursuant to D.C. Ct. App. Rule 49(c)(3)

## CERTIFICATE OF SERVICE

I, Megan M. Herzog, hereby certify that a true copy of this document filed through the ECF system will be sent electronically to all registered parties on December 22, 2025.

*/s/ Megan M. Herzog*
MEGAN M. HERZOG