Exhibit 2

| | |
|---|---|
| **From:** | Travis Fisher <travis.scott.fisher@gmail.com> |
| **Sent:** | Friday, June 20, 2025 6:30 PM |
| **To:** | Ross McKitrick |
| **Cc:** | Judith Curry; Roy Spencer; Steven Koonin; John Christy; Josh Loucks; Cohen, Seth |
| **Subject:** | Re: June 20 docs |

I think there's room to criticize the mandate or show how it's not feasible, even as you give advice on how best to satisfy it as currently written.

Just know that the probability of changing the statute any time soon is very low, even though it's a great idea. Then again, I'm a Cato guy, and I ask for low-probability reforms all the time. #repealtheJonesAct

On Fri, Jun 20, 2025 at 6:17 PM Ross McKitrick <ross.mckitrick@gmail.com> wrote:
 I like the idea of suggesting a revised mandate. I think the fact that the current one is so vague and off-point is
 one reason each team just does whatever they want.


 On Fri, Jun 20, 2025 at 5:51 PM Judith Curry <curry.judith@gmail.com> wrote:
  Travis, we considered recommendations for NCA6 to be part of a follow on report.  But since we do have
  several weeks yet, perhaps we could tackle this to some extent (but many are on travel in coming weeks).

  One issue is that there is a fundamental flaw with the NCA mandate, and that is with regards to making
  projections 25 and 100 years into the future - climate models are not fit for this purpose.  Another issue is that
  the term "global change" is ambiguous and is no longer in use for that reason.  Personally I would recommend
  that the entire mandate be reconsidered.  Failing that, we could make some specific recommendations in
  context of the existing mandate

  On Fri, Jun 20, 2025 at 1:48 PM Travis Fisher <travis.scott.fisher@gmail.com> wrote:
   We have been asked by the suits to include in the tasking letter a reference to the forthcoming NCA6 process
   (to be more forward-looking).

   Please let me know if you have any suggested edits to the attached markup. Also, if you want to hear the
   backstory, please feel free to call me at 202-302-9953.

   I don't think this edit to the tasking letter will require changes to the report, but I do think it's fair game to
   include positive suggestions in the report like "NCA6 authors could avoid these errors by _____." Up to you
   all.

  On Fri, Jun 20, 2025 at 3:23 PM Roy Spencer <roywspencer@hotmail.com> wrote:
   Anthropogenic... Or Natural?



   Sent from my Verizon, Samsung Galaxy smartphone

1

**From:**          Travis Fisher <travis.scott.fisher@gmail.com>
**Sent:**          Friday, May 23, 2025 2:48 PM
**To:**            Roy Spencer
**Cc:**            Ross McKitrick; John Christy; Steven Koonin; Judith Curry; Josh Loucks
**Subject:**       Re: Report draft

Be my guest! The NCA has to go through the 14-15 agency concurrence process (not sure of the number now that USAID no longer exists) and comply with things like the Information Quality Act, meaning peer review and review by OMB/OIRA.

If you all want to submit this report through that process, the product that comes out on the other end probably could be NCA 6. As it stands now, USGCRP doesn't even have an executive director, so I'm not sure who would steer the exercise.

On Fri, May 23, 2025 at 2:37 PM Roy Spencer <roywspencer@hotmail.com> wrote:
> "If I had to bet on it, I'd say each of you will be asked to help, if not join, the USGCRP and contribute to NCA 6. "
>
> I thought that's what we have been working on. -Roy ;-)

---

**From:** Travis Fisher <travis.scott.fisher@gmail.com>
**Sent:** Friday, May 23, 2025 12:49 PM

**To:** Ross McKitrick <ross.mckitrick@gmail.com>
**Cc:** Roy W. Spencer <roywspencer@hotmail.com>; John Christy <climateman60@gmail.com>; Steven Koonin <steven.koonin@gmail.com>; Judith Curry <curry.judith@gmail.com>; Josh Loucks <loucksj14@gmail.com>
**Subject:** Re: Report draft

Hi Ross,

I'm happy to say the handoff to the Secretary went as planned. I think we should set up a meeting on Tuesday to go through the Secretary's comments and questions, assuming he has some. If it turns out he has **a lot** of comments and questions, I might recommend multiple meetings or another marathon session. I haven't heard anything yet.

If you all agree we should have another round or two of conferences, what time works best for everyone? I could do Tuesday morning, Tuesday afternoon, and just about any time on Monday (but want to be mindful of the Memorial Day holiday). We could also wait and see how substantive the comments are before making any plans to meet.

Regarding the references and more recent changes, Josh and I could certainly use some help, at least with making sure we have all the right material in the right place. Josh and I can handle the formatting. The attached file is the Word version of the report that we converted to PDF and sent to the Secretary, so I think we should pick up the editing from there.

DOJ_00041255

If anyone is interested in the broader legal and policy efforts at play (outside of DOE), I'd be happy to give you all a briefing on where things stand. The short version is that I've defended your editorial control, and the *powers that be* have accepted that you all have full editorial control. One piece that we may have to compromise on is timing--it's my sense that publishing well ahead of any EPA rulemaking will be an uphill battle (but one that I'm willing to fight).

Finally, start thinking about whether you want to be involved in the next NCA. If I had to bet on it, I'd say each of you will be asked to help, if not join, the USGCRP and contribute to NCA 6.

Best,
Travis


On Fri, May 23, 2025 at 12:51 PM Ross McKitrick <ross.mckitrick@gmail.com> wrote:
 Hi Travis and Josh
 Just wondering how the reference wrangling is going. I haven't worked on the draft since sending it out yesterday morning (11:30 AM edition). There will be some text additions and revisions from the team, so I need to know if there is a more updated version to look at.

 Ross

2