**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| ENVIRONMENTAL DEFENSE FUND, *et al.*, <br><br>        *Plaintiffs*, <br><br>    v. <br><br>CHRISTOPHER WRIGHT, in his official capacity as Secretary of Energy, *et al.*, <br><br>        *Defendants*. | Case No. 1:25-cv-12249 |

## DECLARATION OF DANIEL F. JACOBSON

1.　　I am a partner at Jacobson Lawyers Group, PLLC and am counsel for Plaintiffs in the above-captioned case. I submit this declaration in support of Plaintiffs' Motion to Compel Disclosure of FACA Records Improperly Withheld.

2.　　Exhibit 1 is a true and correct copy of the revised *Vaughn* index that Defendants transmitted to Plaintiffs on January 2, 2026.

3.　　Exhibit 2 is a table that I created showing the emails and attachments listed in the *Vaughn* index that were sent by a member of the Climate Working Group.

4.　　Exhibit 3 is a table that I created showing the emails listed in the *Vaughn* index that were received by one or more members of the Climate Working Group.

5.　　Exhibit 4 is a table that I created showing the attachments listed in the *Vaughn* index that were received by one or more members of the Climate Working Group.

6.　　Exhibit 5 are true and correct copies of documents produced by Defendants in this litigation at Bates Nos. DOJ_00006153-157, DOJ_00042698-702, DOJ_00046379-381.

7.      Exhibit 6 is a table that I created showing the emails and attachments listed in the *Vaughn* index for which Defendants have asserted Exemption 6 as a basis for withholding.

8.      Exhibit 7 are true and correct copies of documents produced by Defendants in this litigation at Bates Nos. DOJ_00000261-262; DOJ_00002410; DOJ_00013848; DOJ_00044104; and 00005465.

9.      Exhibit 8 is a true and correct copy of documents produced by Defendants in this litigation at Bates No. DOJ_00044104.

10.     Exhibit 9 are true and correct copies of documents produced by Defendants in this litigation at Bates Nos. DOJ_00000261-263.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 6, 2026 in Washington, D.C.


 *s/ Daniel F. Jacobson*
Daniel F. Jacobson (D.C. Bar 1016621)*
JACOBSON LAWYERS GROUP PLLC
5100 Wisconsin Ave. NW, Suite 301
Washington DC, 20016
(301) 823-1148
Dan@jacobsonlawyersgroup.com

*Admitted *pro hac vice*