# Exhibit 1

Federal Defendants' Vaughn Index - December 22, 2025 Production of Federal Advisory Committee Act Section 10(b) Documents (UPDATED)
Environmental Defense Fund v. Wright (D. Mass. No. 25-cv-12249-WGY)

| Begin Bates | Record | Date Sent | From | To (not including cc) | Cc | (FOIA Exemption) Reason | Description of Withheld Material | Claim | Pages |
|---|---|---|---|---|---|---|---|---|---|
| DOJ_00001304 | E-MAIL | 5/30/2025 | Steven Koonin | Judith Curry | Travis Fisher; Roy Spencer; Ross McKitrick; John Christy; Joshua Loucks | (5) Deliberative Process | Email containing comment on scope of predecisional draft proposed rule related to Global Change Research Act of 1990 and Executive Order 14303 | Full | 8 |
| DOJ_00001305 | E-MAIL | 5/30/2025 | Ross McKitrick | Steven Koonin | Judith Curry; Travis Fisher; Roy Spencer; John Christy; Joshua Loucks | (5) Deliberative Process | Email regarding choice of language for predecisional draft proposed rule related to Global Change Research Act of 1990 and Executive Order 14303 | Full | 7 |
| DOJ_00001306 | E-MAIL | 5/30/2025 | Steven Koonin | Judith Curry; Travis Fisher | Roy Spencer; Ross McKitrick; John Christy; Joshua Loucks | (5) Deliberative Process | Email containing comment on scope of predecisional draft proposed rule related to Global Change Research Act of 1990 and Executive Order 14303 | Full | 7 |
| DOJ_00001307 | E-MAIL | 5/30/2025 | Judith Curry | Travis Fisher | Roy Spencer; Steven Koonin; Ross McKitrick; John Christy; Joshua Loucks | (5) Deliberative Process | Email containing comment on scope of predecisional draft proposed rule related to Global Change Research Act of 1990 and Executive Order 14303 | Full | 6 |
| DOJ_00001308 | E-MAIL | 5/30/2025 | Roy Spencer | Travis Fisher | Judith Curry; Steven Koonin; Ross McKitrick; John Christy; Joshua Loucks | (5) Deliberative Process | Email regarding choice of language for predecisional draft proposed rule related to Global Change Research Act of 1990 and Executive Order 14303 | Full | 5 |
| DOJ_00001309 | E-MAIL | 5/30/2025 | Travis Fisher | Roy Spencer | Judith Curry; Steven Koonin; Ross McKitrick; John Christy; Joshua Loucks | (5) Deliberative Process | Email regarding choice of language for predecisional draft proposed rule related to Global Change Research Act of 1990 and Executive Order 14303 | Full | 6 |
| DOJ_00001310 | E-MAIL | 5/30/2025 | Roy Spencer | Judith Curry | Travis Fisher; Steven Koonin; Ross McKitrick; John Christy; Joshua Loucks | (5) Deliberative Process | Email regarding choice of language for predecisional draft proposed rule related to Global Change Research Act of 1990 and Executive Order 14303 | Full | 5 |
| DOJ_00001311 | E-MAIL | 5/30/2025 | Judith Curry | Roy Spencer | Travis Fisher; Steven Koonin; Ross McKitrick; John Christy; Joshua Loucks | (5) Deliberative Process | Email containing comment on predecisional draft proposed rule related to Global Change Research Act of 1990 and Executive Order 14303 | Full | 6 |
| DOJ_00001312 | ATTACH. | | | | | (5) Deliberative Process | Comment on predecisional draft proposed rule related to Global Change Research Act of 1990 and Executive Order 14303 | Full | 10 |
| DOJ_00001346 | E-MAIL | 5/30/2025 | Travis Fisher | Roy Spencer | Steven Koonin; Judith Curry; Ross McKitrick; John Christy; Joshua Loucks | (5) Deliberative Process | Email regarding predecisional draft proposed rule related to Global Change Research Act of 1990 and Executive Order 14303 | Full | 5 |
| DOJ_00001347 | E-MAIL | 5/30/2025 | Roy Spencer | Travis Fisher; Steven Koonin | Judith Curry; Ross McKitrick; John Christy; Joshua Loucks | (5) Deliberative Process | Email containing comment on predecisional draft proposed rule related to Global Change Research Act of 1990 and Executive Order 14303 | Full | 4 |
| DOJ_00001348 | ATTACH. | | | | | (5) Deliberative Process | Comment on predecisional draft proposed rule related to Global Change Research Act of 1990 and Executive Order 14303 | Full | 10 |
| DOJ_00001354 | E-MAIL | 5/29/2025 | Travis Fisher | Steven Koonin | Judith Curry; Ross McKitrick; John Christy; Roy Spencer; Joshua Loucks | (5) Deliberative Process | Deliberative process email attaching predecisional draft proposed rule related to Global Change Research Act of 1990 and Executive Order 14303 | Full | 4 |
| DOJ_00001355 | ATTACH. | | | | | (5) Deliberative Process | Predecisional draft proposed rule related to Global Change Research Act of 1990 and Executive Order 14303 | Full | 9 |
| DOJ_00002412 | ATTACH. | | | | | (5) Deliberative Process | Predecisional draft tasking letter related to Executive Order 14303 | Full | 2 |
| DOJ_00002451 | ATTACH. | | | | | (5) Deliberative Process | Predecisional draft tasking letter related to Executive Order 14303 | Full | 2 |
| DOJ_00003503 | E-MAIL | 6/16/2025 | John Christy | Steven Koonin | Roy Spencer; Ross McKitrick; Judith Curry; Seth Cohen; Joshua Loucks; Travis Fisher | (5) Deliberative Process | Email containing comment on predecisional draft tasking letter related to Executive Order 14303 | Full | 3 |
| DOJ_00003504 | E-MAIL | 6/16/2025 | Steven Koonin | Roy Spencer; Ross McKitrick; Judith Curry | Seth Cohen; Joshua Loucks; Travis Fisher; John Christy | (5) Deliberative Process | Email containing comment on predecisional draft tasking letter related to Executive Order 14303 | Full | 3 |

1

Federal Defendants' Vaughn Index - December 22, 2025 Production of Federal Advisory Committee Act Section 10(b) Documents (UPDATED)

Environmental Defense Fund v. Wright (D. Mass. No. 25-cv-12249-WGY)

| Begin Bates | Record | Date Sent | From | To (not including cc) | Cc | (FOIA Exemption) Reason | Description of Withheld Material | Claim | Pages |
|---|---|---|---|---|---|---|---|---|---|
| DOJ_00003505 | E-MAIL | 6/16/2025 | Roy Spencer | Ross McKitrick; Judith Curry | Seth Cohen; Joshua Loucks; Travis Fisher; John Christy; Steven Koonin | (5) Deliberative Process | Email containing comment on predecisional draft tasking letter related to Executive Order 14303 | Full | 3 |
| DOJ_00003506 | E-MAIL | 6/16/2025 | Seth Cohen | Judith Curry; Ross McKitrick | Joshua Loucks; Travis Fisher; John Christy; Steven Koonin; Roy Spencer | (5) Deliberative Process | Email containing comment on predecisional draft tasking letter related to Executive Order 14303 | Full | 3 |
| DOJ_00003507 | E-MAIL | 6/16/2025 | Judith Curry | Ross McKitrick | Seth Cohen; Joshua Loucks; Travis Fisher; John Christy; Steven Koonin; Roy Spencer | (5) Deliberative Process | Email regarding choice of language for predecisional draft tasking letter related to Executive Order 14303 | Full | 3 |
| DOJ_00003508 | E-MAIL | 6/16/2025 | Ross McKitrick | Judith Curry | Seth Cohen; Joshua Loucks; Travis Fisher; John Christy; Steven Koonin; Roy Spencer | (5) Deliberative Process | Email containing comment on predecisional draft tasking letter related to Executive Order 14303 | Full | 2 |
| DOJ_00003509 | ATTACH. | | | | | (5) Deliberative Process | Predecisional draft tasking letter related to Executive Order 14303 | Full | 2 |
| DOJ_00003510 | E-MAIL | 6/13/2025 | Judith Curry | Seth Cohen | Joshua Loucks; Travis Fisher; John Christy; Ross McKitrick; Steven Koonin; Roy Spencer | (5) Deliberative Process | Email regarding choice of language for predecisional draft tasking letter related to Executive Order 14303 | Full | 2 |
| DOJ_00003511 | E-MAIL | 6/13/2025 | Ross McKitrick | Seth Cohen | Judith Curry; Joshua Loucks; Travis Fisher; John Christy; Steven Koonin; Roy Spencer | (5) Deliberative Process | Email containing comment on predecisional draft tasking letter related to Executive Order 14303 | Full | 2 |
| DOJ_00003512 | E-MAIL | 6/13/2025 | Seth Cohen | Judith Curry; Joshua Loucks | Travis Fisher; John Christy; Ross McKitrick; Steven Koonin; Roy Spencer | (5) Deliberative Process | Email requesting clarification of comment on predecisional draft tasking letter related to Executive Order 14303 | Full | 2 |
| DOJ_00003513 | E-MAIL | 6/13/2025 | Judith Curry | Joshua Loucks | Travis Fisher; John Christy; Ross McKitrick; Steven Koonin; Roy Spencer; Seth Cohen | (5) Deliberative Process | Email containing comment and proposed revision to predecisional draft tasking letter related to Executive Order 14303 | Full | 1 |
| DOJ_00003514 | E-MAIL | 6/13/2025 | Joshua Loucks | Travis Fisher; John Christy; Judith Curry; Ross McKitrick; Steven Koonin; Roy Spencer | Seth Cohen | (5) Deliberative Process | Email regarding predecisional draft tasking letter related to Executive Order 14303 | Full | 1 |
| DOJ_00003515 | ATTACH. | | | | | (5) Deliberative Process | Predecisional draft tasking letter related to Executive Order 14303 | Full | 2 |
| DOJ_00004348 | E-MAIL | 7/21/2025 | Judith Curry | Travis Fisher | Ross McKitrick; Roy Spencer; John Christy; Steven Koonin; Seth Cohen; Joshua Loucks | (5) Deliberative Process; (6) Personal Privacy | Deliberative DOE discussions regarding internal technical review and personal privacy information regarding anonymous DOE and National Laboratory reviewers of draft Climate Working Group Report | Partial | 8 |
| DOJ_00004899 | E-MAIL | 7/20/2025 | Judith Curry | Travis Fisher | John Christy; Roy Spencer; Ross McKitrick; Steven Koonin; Seth Cohen; Joshua Loucks | (5) Deliberative Process; (6) Personal Privacy | Deliberative DOE discussions regarding internal technical review and personal privacy information regarding anonymous DOE and National Laboratory reviewers of draft Climate Working Group Report | Partial | 5 |
| DOJ_00006147 | E-MAIL | 6/13/2025 | Joshua Loucks | Travis Fisher; John Christy; Judith Curry; Ross McKitrick; Steven Koonin; Roy Spencer | Seth Cohen | (5) Deliberative Process | Email regarding predecisional draft tasking letter related to Executive Order 14303 | Full | 1 |
| DOJ_00006148 | ATTACH. | | | | | (5) Deliberative Process | Predecisional draft tasking letter related to Executive Order 14303 | Full | 2 |

Federal Defendants' Vaughn Index - December 22, 2025 Production of Federal Advisory Committee Act Section 10(b) Documents (UPDATED)
Environmental Defense Fund v. Wright (D. Mass. No. 25-cv-12249-WGY)

| Begin Bates | Record | Date Sent | From | To (not including cc) | Cc | (FOIA Exemption) Reason | Description of Withheld Material | Claim | Pages |
|---|---|---|---|---|---|---|---|---|---|
| DOJ_00006149 | E-MAIL | 6/16/2025 | Ross McKitrick | Judith Curry | Seth Cohen; Joshua Loucks; Travis Fisher; John Christy; Steven Koonin; Roy Spencer | (5) Deliberative Process | Email containing comment on predecisional draft tasking letter related to Executive Order 14303 | Full | 2 |
| DOJ_00006150 | ATTACH. | | | | | (5) Deliberative Process | Predecisional draft tasking letter related to Executive Order 14303 | Full | 2 |
| DOJ_00006153 | E-MAIL | 7/21/2025 | Travis FIsher | Ross McKitrick; Judith Curry; Roy Spencer; John Christy; Steven Koonin | Seth Cohen; Joshua Loucks | (5) Deliberative Process; (6) Personal Privacy | Deliberative DOE discussions regarding internal technical review and personal privacy information regarding anonymous DOE and National Laboratory reviewers of draft Climate Working Group Report | Partial | 5 |
| DOJ_00006189 | ATTACH. | | | | | (5) Deliberative Process | Predecisional draft memorandum regarding publication of Climate Working Group Report | Full | 1 |
| DOJ_00008012 | E-MAIL | 5/23/2025 | Travis Fisher | Joshua Loucks | Ross McKitrick; Judith Curry; Steven Koonin; Roy Spencer; John Christy | (5) Deliberative Process | Email containing predecisional DOE comments on draft Climate Working Group Report | Full | 3 |
| DOJ_00013882 | ATTACH. | | | | | (5) Deliberative Process | Predecisional draft tasking letter related to Executive Order 14303 | Full | 2 |
| DOJ_00014737 | E-MAIL | 6/13/2025 | Joshua Loucks | Travis Fisher; John Christy; Judith Curry; Ross McKitrick; Steven Koonin; Roy Spencer | Seth Cohen | (5) Deliberative Process | Email regarding predecisional draft tasking letter related to Executive Order 14303 | Full | 1 |
| DOJ_00014738 | ATTACH. | | | | | (5) Deliberative Process | Predecisional draft tasking letter related to Executive Order 14303 | Full | 2 |
| DOJ_00014954 | ATTACH. | | | | | (5) Deliberative Process | Predecisional draft memorandum regarding publication of Climate Working Group Report | Full | 1 |
| DOJ_00015326 | E-MAIL | 6/13/2025 | Judith Curry | Seth Cohen | Joshua Loucks; Travis Fisher; John Christy; Ross McKitrick; Steven Koonin; Roy Spencer | (5) Deliberative Process | Email regarding choice of language for predecisional draft tasking letter related to Executive Order 14303 | Full | 2 |
| DOJ_00015327 | E-MAIL | 6/16/2025 | Ross McKitrick | Judith Curry | Seth Cohen; Joshua Loucks; Travis Fisher; John Christy; Steven Koonin; Roy Spencer | (5) Deliberative Process | Email containing comment on predecisional draft tasking letter related to Executive Order 14303 | Full | 2 |
| DOJ_00015328 | ATTACH. | | | | | (5) Deliberative Process | Predecisional draft tasking letter related to Executive Order 14303 | Full | 2 |
| DOJ_00015329 | E-MAIL | 6/16/2025 | Roy Spencer | Ross McKitrick; Judith Curry | Seth Cohen; Joshua Loucks; Travis Fisher; John Christy; Steven Koonin | (5) Deliberative Process | Email containing comment on predecisional draft tasking letter related to Executive Order 14303 | Full | 3 |
| DOJ_00015330 | E-MAIL | 6/13/2025 | Seth Cohen | Judith Curry; Joshua Loucks | Travis Fisher; John Christy; Ross McKitrick; Steven Koonin; Roy Spencer | (5) Deliberative Process | Email requesting clarification of comment on predecisional draft tasking letter related to Executive Order 14303 | Full | 2 |
| DOJ_00016574 | E-MAIL | 7/14/2025 | Travis Fisher | Steven Koonin | Ross McKitrick; Judith Curry; Roy Spencer; John Christy; Joshua Loucks; Seth Cohen | (5) Deliberative Process; (6) Personal Privacy | Deliberative and personal privacy information regarding anonymous DOE and National Laboratory reviewers of draft Climate Working Group Report | Partial | 2 |
| DOJ_00016576 | E-MAIL | 7/14/2025 | Ross McKitrick | Travis Fisher | Steven Koonin; Judith Curry; Roy Spencer; John Christy; Joshua Loucks; Seth Cohen | (5) Deliberative Process; (6) Personal Privacy | Deliberative and personal privacy information regarding anonymous DOE and National Laboratory reviewers of draft Climate Working Group Report | Full | 2 |
| DOJ_00016577 | E-MAIL | 7/14/2025 | John Christy | Judith Curry | Travis Fisher; Steven Koonin; Ross McKitrick; Roy Spencer; Joshua Loucks; Seth Cohen | (5) Deliberative Process; (6) Personal Privacy | Deliberative and personal privacy information regarding anonymous DOE and National Laboratory reviewers of draft Climate Working Group Report | Full | 3 |
| DOJ_00017245 | ATTACH. | | | | | (5) Deliberative Process | Predecisional draft tasking letter related to Executive Order 14303 | Full | 2 |

Federal Defendants' Vaughn Index - December 22, 2025 Production of Federal Advisory Committee Act Section 10(b) Documents (UPDATED)

Environmental Defense Fund v. Wright (D. Mass. No. 25-cv-12249-WGY)

| Begin Bates | Record | Date Sent | From | To (not including cc) | Cc | (FOIA Exemption) Reason | Description of Withheld Material | Claim | Pages |
|---|---|---|---|---|---|---|---|---|---|
| DOJ_00017735 | E-MAIL | 5/29/2025 | Travis Fisher | Steven Koonin | Judith Curry; Ross McKitrick; John Christy; Roy Spencer; Joshua Loucks | (5) Deliberative Process | Deliberative process email attaching predecisional draft proposed rule related to Global Change Research Act of 1990 and Executive Order 14303 | Full | 4 |
| DOJ_00017736 | ATTACH. | | | | | (5) Deliberative Process | Predecisional draft proposed rule related to Global Change Research Act of 1990 and Executive Order 14303 | Full | 9 |
| DOJ_00017737 | E-MAIL | 5/30/2025 | Roy Spencer | Travis Fisher; Steven Koonin | Judith Curry; Ross McKitrick; John Christy; Joshua Loucks | (5) Deliberative Process | Email containing comment on predecisional draft proposed rule related to Global Change Research Act of 1990 and Executive Order 14303 | Full | 4 |
| DOJ_00017738 | ATTACH. | | | | | (5) Deliberative Process | Comment on predecisional draft proposed rule related to Global Change Research Act of 1990 and Executive Order 14303 | Full | 10 |
| DOJ_00017739 | E-MAIL | 5/30/2025 | Travis Fisher | Roy Spencer | Steven Koonin; Judith Curry; Ross McKitrick; John Christy; Joshua Loucks | (5) Deliberative Process | Email regarding predecisional draft proposed rule related to Global Change Research Act of 1990 and Executive Order 14303 | Full | 5 |
| DOJ_00017740 | E-MAIL | 5/30/2025 | Judith Curry | Roy Spencer | Travis Fisher; Steven Koonin; Ross McKitrick; John Christy; Joshua Loucks | (5) Deliberative Process | Email containing comment on predecisional draft proposed rule related to Global Change Research Act of 1990 and Executive Order 14303 | Full | 6 |
| DOJ_00017741 | ATTACH. | | | | | (5) Deliberative Process | Comment on predecisional draft proposed rule related to Global Change Research Act of 1990 and Executive Order 14303 | Full | 10 |
| DOJ_00017775 | E-MAIL | 5/30/2025 | Roy Spencer | Travis Fisher | Judith Curry; Steven Koonin; Ross McKitrick; John Christy; Joshua Loucks | (5) Deliberative Process | Email regarding choice of language for predecisional draft proposed rule related to Global Change Research Act of 1990 and Executive Order 14303 | Full | 5 |
| DOJ_00017776 | E-MAIL | 5/30/2025 | Judith Curry | Travis Fisher | Roy Spencer; Steven Koonin; Ross McKitrick; John Christy; Joshua Loucks | (5) Deliberative Process | Email containing comment on scope of predecisional draft proposed rule related to Global Change Research Act of 1990 and Executive Order 14303 | Full | 6 |
| DOJ_00017777 | E-MAIL | 5/30/2025 | Ross McKitrick | Steven Koonin | Judith Curry; Travis Fisher; Roy Spencer; John Christy; Joshua Loucks | (5) Deliberative Process | Email regarding choice of language for predecisional draft proposed rule related to Global Change Research Act of 1990 and Executive Order 14303 | Full | 7 |
| DOJ_00017778 | E-MAIL | 5/30/2025 | Judith Curry | Steven Koonin | Travis Fisher; Roy Spencer; Ross McKitrick; John Christy; Joshua Loucks | (5) Deliberative Process | Email containing comment on scope of predecisional draft proposed rule related to Global Change Research Act of 1990 and Executive Order 14303 | Full | 8 |
| DOJ_00034061 | E-MAIL | 5/23/2025 | Travis Fisher | Joshua Loucks | Ross McKitrick; Judith Curry; Steven Koonin; Roy Spencer; John Christy | (5) Deliberative Process | Email containing predecisional DOE comments on draft Climate Working Group Report | Full | 3 |
| DOJ_00034062 | E-MAIL | 5/23/2025 | Joshua Loucks | Ross McKitrick; Judith Curry; Steven Koonin; Roy Spencer; John Christy | Travis Fisher | (5) Deliberative Process | Email containing predecisional DOE comments on draft Climate Working Group Report | Full | 2 |
| DOJ_00042698 | E-MAIL | 7/20/2025 | Judith Curry | Travis Fisher | John Christy; Roy Spencer; Ross McKitrick; Steven Koonin; Seth Cohen; Joshua Loucks | (5) Deliberative Process; (6) Personal Privacy | Deliberative DOE discussions regarding internal technical review and personal privacy information regarding anonymous DOE and National Laboratory reviewers of draft Climate Working Group Report | Partial | 5 |
| DOJ_00044115 | ATTACH. | | | | | (5) Deliberative Process | Predecisional draft memorandum regarding publication of Climate Working Group Report | Full | 1 |
| DOJ_00046377 | E-MAIL | 7/15/2025 | Judith Curry | John Christy | Travis Fisher; Steven Koonin; Ross McKitrick; Roy Spencer; Joshua Loucks; Seth Cohen | (5) Deliberative Process; (6) Personal Privacy | Deliberative and personal privacy information regarding anonymous DOE and National Laboratory reviewers of draft Climate Working Group Report | Full | 3 |
| DOJ_00046378 | E-MAIL | 7/14/2025 | John Christy | Steven Koonin | Judith Curry; Travis Fisher; Ross McKitrick; Roy Spencer; Joshua Loucks; Seth Cohen | (5) Deliberative Process; (6) Personal Privacy | Deliberative and personal privacy information regarding anonymous DOE and National Laboratory reviewers of draft Climate Working Group Report | Full | 4 |

Federal Defendants' Vaughn Index - December 22, 2025 Production of Federal Advisory Committee Act Section 10(b) Documents (UPDATED)
Environmental Defense Fund v. Wright (D. Mass. No. 25-cv-12249-WGY)

| Begin Bates | Record | Date Sent | From | To (not including cc) | Cc | (FOIA Exemption) Reason | Description of Withheld Material | Claim | Pages |
|---|---|---|---|---|---|---|---|---|---|
| DOJ_00046379 | E-MAIL | 7/14/2025 | John Christy | Judith Curry | Travis Fisher; Steven Koonin; Ross McKitrick; Roy Spencer; Joshua Loucks; Seth Cohen | (5) Deliberative Process; (6) Personal Privacy | Deliberative and personal privacy information regarding anonymous DOE and National Laboratory reviewers of draft Climate Working Group Report | Partial | 3 |
| DOJ_00046382 | E-MAIL | 7/14/2025 | Steven Koonin | John Christy; Judith Curry | Travis Fisher; Ross McKitrick; Roy Spencer; Joshua Loucks; Seth Cohen | (5) Deliberative Process; (6) Personal Privacy | Deliberative and personal privacy information regarding anonymous DOE and National Laboratory reviewers of draft Climate Working Group Report | Full | 3 |
| DOJ_00046533 | E-MAIL | 7/14/2025 | John Christy | Judith Curry | Travis Fisher; Steven Koonin; Ross McKitrick; Roy Spencer; Joshua Loucks; Seth Cohen | (5) Deliberative Process; (6) Personal Privacy | Deliberative and personal privacy information regarding anonymous DOE and National Laboratory reviewers of draft Climate Working Group Report | Full | 3 |
| DOJ_00046534 | E-MAIL | 7/14/2025 | Judith Curry | John Christy | Travis Fisher; Steven Koonin; Ross McKitrick; Roy Spencer; Joshua Loucks; Seth Cohen | (5) Deliberative Process; (6) Personal Privacy | Deliberative and personal privacy information regarding anonymous DOE and National Laboratory reviewers of draft Climate Working Group Report | Full | 2 |
| DOJ_00046535 | E-MAIL | 7/14/2025 | John Christy | Travis Fisher | Steven Koonin; Ross McKitrick; Judith Curry; Roy Spencer; Joshua Loucks; Seth Cohen | (5) Deliberative Process; (6) Personal Privacy | Deliberative and personal privacy information regarding anonymous DOE and National Laboratory reviewers of draft Climate Working Group Report | Full | 2 |
| DOJ_00046540 | E-MAIL | 7/14/2025 | Judith Curry | Ross McKitrick | Travis Fisher; Steven Koonin; Roy Spencer; John Christy; Joshua Loucks; Seth Cohen | (5) Deliberative Process; (6) Personal Privacy | Deliberative and personal privacy information regarding anonymous DOE and National Laboratory reviewers of draft Climate Working Group Report | Full | 2 |
| DOJ_00046541 | E-MAIL | 7/14/2025 | Steven Koonin | Judith Curry; Ross McKitrick | Travis Fisher; Roy Spencer; John Christy; Joshua Loucks; Seth Cohen | (5) Deliberative Process; (6) Personal Privacy | Deliberative and personal privacy information regarding anonymous DOE and National Laboratory reviewers of draft Climate Working Group Report | Full | 2 |
| DOJ_00046542 | E-MAIL | 7/14/2025 | Judith Curry | Ross McKitrick | Travis Fisher; Steven Koonin; Roy Spencer; John Christy; Joshua Loucks; Seth Cohen | (5) Deliberative Process; (6) Personal Privacy | Deliberative and personal privacy information regarding anonymous DOE and National Laboratory reviewers of draft Climate Working Group Report | Full | 2 |
| DOJ_00046543 | E-MAIL | 7/14/2025 | Ross McKitrick | Travis Fisher | Steven Koonin; Judith Curry; Roy Spencer; John Christy; Joshua Loucks; Seth Cohen | (5) Deliberative Process; (6) Personal Privacy | Deliberative and personal privacy information regarding anonymous DOE and National Laboratory reviewers of draft Climate Working Group Report | Full | 2 |
| DOJ_00046544 | E-MAIL | 7/14/2025 | Travis Fisher | Steven Koonin | Ross McKitrick; Judith Curry; Roy Spencer; John Christy; Joshua Loucks; Seth Cohen | (5) Deliberative Process; (6) Personal Privacy | Deliberative and personal privacy information regarding anonymous DOE and National Laboratory reviewers of draft Climate Working Group Report | Full | 2 |
| DOJ_00047257 | E-MAIL | 8/4/2025 | Andrea Woods | Steven Koonin; Audrey Barrios; Joshua Loucks; Seth Cohen; Charles Park | Judith Curry; John Christy; Roy Spencer; Ross McKitrick | (5) Attorney Client Privilege | Request for legal advice from DOE Office of General Counsel | Partial | 2 |