**Exhibit 3**
**Emails Received by Climate Working Group Members**

| Begin Bates | Record | Date Sent | From | To (not including cc) | Cc | (FOIA Exemption) Reason | Description of Withheld Material | Claim | Pages |
|---|---|---|---|---|---|---|---|---|---|
| DOJ_0000 8012 | E-MAIL | 5/23/2025 | Travis Fisher | Joshua Loucks | Ross McKitrick; Judith Curry; Steven Koonin; Roy Spencer; John Christy | (5) Deliberative Process | Email containing predecisional DOE comments on draft Climate Working Group Report | Full | 3 |
| DOJ_0003 4061 | E-MAIL | 5/23/2025 | Travis Fisher | Joshua Loucks | Ross McKitrick; Judith Curry; Steven Koonin; Roy Spencer; John Christy | (5) Deliberative Process | Email containing predecisional DOE comments on draft Climate Working Group Report | Full | 3 |
| DOJ_0003 4062 | E-MAIL | 5/23/2025 | Joshua Loucks | Ross McKitrick; Judith Curry; Steven Koonin; Roy Spencer; John Christy | Travis Fisher | (5) Deliberative Process | Email containing predecisional DOE comments on draft Climate Working Group Report | Full | 2 |
| DOJ_0000 1354 | E-MAIL | 5/29/2025 | Travis Fisher | Steven Koonin | Judith Curry; Ross McKitrick; John Christy; Roy Spencer; Joshua Loucks | (5) Deliberative Process | Deliberative process email attaching predecisional draft proposed rule related to Global Change Research Act of 1990 and Executive Order 14303 | Full | 4 |
| DOJ_0001 7735 | E-MAIL | 5/29/2025 | Travis Fisher | Steven Koonin | Judith Curry; Ross McKitrick; John Christy; Roy Spencer; Joshua Loucks | (5) Deliberative Process | Deliberative process email attaching predecisional draft proposed rule related to Global Change Research Act of 1990 and Executive Order 14303 | Full | 4 |
| DOJ_0000 1309 | E-MAIL | 5/30/2025 | Travis Fisher | Roy Spencer | Judith Curry; Steven Koonin; Ross McKitrick; John Christy; Joshua Loucks | (5) Deliberative Process | Email regarding choice of language for predecisional draft proposed rule related to Global Change Research Act of 1990 and Executive Order 14303 | Full | 6 |
| DOJ_0000 1346 | E-MAIL | 5/30/2025 | Travis Fisher | Roy Spencer | Steven Koonin; Judith Curry; Ross McKitrick; John Christy; Joshua Loucks | (5) Deliberative Process | Email regarding predecisional draft proposed rule related to Global Change Research Act of 1990 and Executive Order 14303 | Full | 5 |
| DOJ_0001 7739 | E-MAIL | 5/30/2025 | Travis Fisher | Roy Spencer | Steven Koonin; Judith Curry; Ross McKitrick; John Christy; Joshua Loucks | (5) Deliberative Process | Email regarding predecisional draft proposed rule related to Global Change Research Act of 1990 and Executive Order 14303 | Full | 5 |
| DOJ_0000 3512 | E-MAIL | 6/13/2025 | Seth Cohen | Judith Curry; Joshua Loucks | Travis Fisher; John Christy; Ross McKitrick; Steven Koonin; Roy Spencer | (5) Deliberative Process | Email requesting clarification of comment on predecisional draft tasking letter related to Executive Order 14303 | Full | 2 |
| DOJ_0000 3514 | E-MAIL | 6/13/2025 | Joshua Loucks | Travis Fisher; John Christy; Judith Curry; Ross McKitrick; Steven Koonin; Roy Spencer | Seth Cohen | (5) Deliberative Process | Email regarding predecisional draft tasking letter related to Executive Order 14303 | Full | 1 |
| DOJ_0000 6147 | E-MAIL | 6/13/2025 | Joshua Loucks | Travis Fisher; John Christy; Judith Curry; Ross McKitrick; Steven Koonin; Roy Spencer | Seth Cohen | (5) Deliberative Process | Email regarding predecisional draft tasking letter related to Executive Order 14303 | Full | 1 |

| Begin Bates | Record | Date Sent | From | To (not including cc) | Cc | (FOIA Exemption) Reason | Description of Withheld Material | Claim | Pages |
|---|---|---|---|---|---|---|---|---|---|
| DOJ_0001 4737 | E-MAIL | 6/13/2025 | Joshua Loucks | Travis Fisher; John Christy; Judith Curry; Ross McKitrick; Steven Koonin; | Seth Cohen | (5) Deliberative Process | Email regarding predecisional draft tasking letter related to Executive Order 14303 | Full | 1 |
| DOJ_0001 5330 | E-MAIL | 6/13/2025 | Seth Cohen | Judith Curry; Joshua Loucks | Travis Fisher; John Christy; Ross McKitrick; Steven Koonin; Roy Spencer | (5) Deliberative Process | Email requesting clarification of comment on predecisional draft tasking letter related to Executive Order 14303 | Full | 2 |
| DOJ_0000 3506 | E-MAIL | 6/16/2025 | Seth Cohen | Judith Curry; Ross McKitrick | Joshua Loucks; Travis Fisher; John Christy; Steven Koonin; Roy Spencer | (5) Deliberative Process | Email containing comment on predecisional draft tasking letter related to Executive Order 14303 | Full | 3 |
| DOJ_0001 6574 | E-MAIL | 7/14/2025 | Travis Fisher | Steven Koonin | Ross McKitrick; Judith Curry; Roy Spencer; John Christy; Joshua Loucks; Seth Cohen | (5) Deliberative Process; (6) Personal Privacy | Deliberative and personal privacy information regarding anonymous DOE and National Laboratory reviewers of draft Climate Working Group Report | Partial | 2 |
| DOJ_0004 6544 | E-MAIL | 7/14/2025 | Travis Fisher | Steven Koonin | Ross McKitrick; Judith Curry; Roy Spencer; John Christy; Joshua Loucks; Seth Cohen | (5) Deliberative Process; (6) Personal Privacy | Deliberative and personal privacy information regarding anonymous DOE and National Laboratory reviewers of draft Climate Working Group Report | Full | 2 |
| DOJ_0000 6153 | E-MAIL | 7/21/2025 | Travis FIsher | Ross McKitrick; Judith Curry; Roy Spencer; John Christy; Steven Koonin | Seth Cohen; Joshua Loucks | (5) Deliberative Process; (6) Personal Privacy | Deliberative DOE discussions regarding internal technical review and personal privacy information regarding anonymous DOE and National Laboratory reviewers of draft Climate Working Group Report | Partial | 5 |