# Exhibit 5

| | |
|---|---|
| **From:** | Fisher, Travis |
| **Sent:** | Monday, July 21, 2025 1:36 PM |
| **To:** | ross.mckitrick@gmail.com; curry.judith@gmail.com; roywspencer@hotmail.com; climateman60@gmail.com; steven.koonin@gmail.com |
| **Cc:** | Cohen, Seth; Loucks, Joshua |
| **Subject:** | FW: Update: Technical reviewers |
| **Attachments:** | ██████████████.xlsx |

Another round of comments from the Office of Science. It's not clear to me whether ████████ will offer a separate review, but her comments would be the last from the Office of Science.

We only have one of six reviews back from the national labs so far, so brace yourselves for potentially five additional sets of detailed comments.

No other program offices (like public affairs, congressional affairs, etc.) have submitted comments, and I don't expect them to.

I'll keep passing these along as I get them.

**From:** ██████████████████████████████
**Sent:** Monday, July 21, 2025 1:21 PM
**To:** Fisher, Travis <travis.fisher@hq.doe.gov>; ████████████████████████████
**Subject:** RE: Update: Technical reviewers

Hi Travis,
Thanks for the opportunity to review this document.  There are many topics covered; all of which would take much more time to properly review.  As such, I've only commented on areas with which I'm most familiar.

I do appreciate the documentation of perceived uncertainties and I hope DOE can make some progress in these areas.

████████████████████

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████

**From:** Fisher, Travis <travis.fisher@hq.doe.gov>
**Sent:** Thursday, July 17, 2025 10:52 AM
**To:** ████████████████████████████████████████
**Subject:** [Not Virus Scanned] RE: Update: Technical reviewers

1

DOJ_00006153

# Redacted

# Redacted

DOJ_00006155

# Redacted

# Redacted

DOJ_00006157

| From: | Judith Curry <curry.judith@gmail.com> |
|---|---|
| Sent: | Sunday, July 20, 2025 8:18 PM |
| To: | Fisher, Travis |
| Cc: | climateman60@gmail.com; roywspencer@hotmail.com; ross.mckitrick@gmail.com; steven.koonin@gmail.com; Cohen, Seth; Loucks, Joshua |
| Subject: | Re: Fw: Update: Technical reviewers |

Well this is interesting.  I like the suggestion that we list major uncertainties for future research but that seems to be more of a task for the NCA6 recommendtions

On Sun, Jul 20, 2025 at 4:08 PM Fisher, Travis <travis.fisher@hq.doe.gov> wrote:
FYI.

I haven't reviewed these comments yet, just passing them along before I get on a flight back to DC.

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Sunday, July 20, 2025 4:44 PM
**To:** Fisher, Travis <travis.fisher@hq.doe.gov>; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Cc:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** RE: Update: Technical reviewers

Travis,

My review is attached. I don't have the technical depth at this point in my career that the Lab scientists do. But my top-level comment is that this report would be really helpful to DOE (and I assume the secretary) if it was more explicit about the biggest scientific uncertainties, where further research is most needed. If the authors could add a brief section listing these and prioritizing these uncertainties, it could be extremely helpful. I suspect this would also make the report more palatable to the science community.

The secretary's remarks could highlight this as a key purpose of the report as well, and I believe this would increase the interest of the audience.

▮▮▮▮ is also doing a review, so he can share his comments separately.

▮▮▮▮▮▮▮▮▮▮▮▮

# Redacted

DOJ_00042699

# Redacted

DOJ_00042700

# Redacted

# Redacted

DOJ_00042702

**From:**       John Christy <climateman60@gmail.com>
**Sent:**       Monday, July 14, 2025 8:09 PM
**To:**         Judith Curry
**Cc:**         Travis Fisher; Steve Koonin; Ross McKitrick; Roy W. Spencer; Josh Loucks; Seth Cohen
**Subject:**    Re: CWG current edition

Ross

Edits for final approval:

Page ix: .  "… and that our within our competence." To "… and that are within our competence."

Page 61, bottom.  Now: … "occurred between December 1861 and January 1862;" To, … "occurred during December 1861 and January 1862;" [technically, there is no temporal space between Dec and Jan for anything to occur.]

Pg 96 top.  Now "U.S. history occurred prior to the first half of the 20th century…". To;  "… U.S. history occurred in the first half of the 20th century…"

Page 134.  I don't see "Tonne" defined as metric ton in the glossary.


John C.


John Christy
Director, Earth System Science Center
Professor, Atmos and Earth Science
Alabama State Climatologist
The University of Alabama in Huntsville
climateman60@gmail.com

# Redacted

DOJ_00046380

# Redacted

DOJ_00046381