# Exhibit 6

**Exhibit 6**
**Records Withheld under Exepmtion 6**

| Begin Bates | Record | Date Sent | Person Who Sent | To (not including cc) | Cc | (FOIA Exemption) Reason | Description of Withheld Material | Claim | Pages |
|---|---|---|---|---|---|---|---|---|---|
| DOJ_0000 4348 | E-MAIL | 7/21/2025 | Judith Curry | Travis Fisher | Ross McKitrick; Roy Spencer; John Christy; Steven Koonin; Seth Cohen; Joshua Loucks | (5) Deliberative Process; (6) Personal Privacy | Deliberative DOE discussions regarding internal technical review and personal privacy information regarding anonymous DOE and National Laboratory reviewers of draft Climate Working Group Report | Partial | 8 |
| DOJ_0000 4899 | E-MAIL | 7/20/2025 | Judith Curry | Travis Fisher | John Christy; Roy Spencer; Ross McKitrick; Steven Koonin; Seth Cohen; Joshua Loucks | (5) Deliberative Process; (6) Personal Privacy | Deliberative DOE discussions regarding internal technical review and personal privacy information regarding anonymous DOE and National Laboratory reviewers of draft Climate Working Group Report | Partial | 5 |
| DOJ_0000 6153 | E-MAIL | 7/21/2025 | Travis FIsher | Ross McKitrick; Judith Curry; Roy Spencer; John Christy; Steven Koonin | Seth Cohen; Joshua Loucks | (5) Deliberative Process; (6) Personal Privacy | Deliberative DOE discussions regarding internal technical review and personal privacy information regarding anonymous DOE and National Laboratory reviewers of draft Climate Working Group Report | Partial | 5 |
| DOJ_0001 6574 | E-MAIL | 7/14/2025 | Travis Fisher | Steven Koonin | Ross McKitrick; Judith Curry; Roy Spencer; John Christy; Joshua Loucks; Seth Cohen | (5) Deliberative Process; (6) Personal Privacy | Deliberative and personal privacy information regarding anonymous DOE and National Laboratory reviewers of draft Climate Working Group Report | Partial | 2 |
| DOJ_0001 6576 | E-MAIL | 7/14/2025 | Ross McKitric | Travis Fisher | Steven Koonin; Judith Curry; Roy Spencer; John Christy; Joshua Loucks; Seth Cohen | (5) Deliberative Process; (6) Personal Privacy | Deliberative and personal privacy information regarding anonymous DOE and National Laboratory reviewers of draft Climate Working Group Report | Full | 2 |
| DOJ_0001 6577 | E-MAIL | 7/14/2025 | John Christy | Judith Curry | Travis Fisher; Steven Koonin; Ross McKitrick; Roy Spencer; Joshua Loucks; Seth Cohen | (5) Deliberative Process; (6) Personal Privacy | Deliberative and personal privacy information regarding anonymous DOE and National Laboratory reviewers of draft Climate Working Group Report | Full | 3 |
| DOJ_0004 2698 | E-MAIL | 7/20/2025 | Judith Curry | Travis Fisher | John Christy; Roy Spencer; Ross McKitrick; Steven Koonin; Seth Cohen; Joshua Loucks | (5) Deliberative Process; (6) Personal Privacy | Deliberative DOE discussions regarding internal technical review and personal privacy information regarding anonymous DOE and National Laboratory reviewers of draft Climate Working Group Report | Partial | 5 |
| DOJ_0004 6377 | E-MAIL | 7/15/2025 | Judith Curry | John Christy | Travis Fisher; Steven Koonin; Ross McKitrick; Roy Spencer; Joshua Loucks; Seth Cohen | (5) Deliberative Process; (6) Personal Privacy | Deliberative and personal privacy information regarding anonymous DOE and National Laboratory reviewers of draft Climate Working Group Report | Full | 3 |
| DOJ_0004 6378 | E-MAIL | 7/14/2025 | John Christy | Steven Koonin | Judith Curry; Travis Fisher; Ross McKitrick; Roy Spencer; Joshua Loucks; Seth Cohen | (5) Deliberative Process; (6) Personal Privacy | Deliberative and personal privacy information regarding anonymous DOE and National Laboratory reviewers of draft Climate Working Group Report | Full | 4 |
| DOJ_0004 6379 | E-MAIL | 7/14/2025 | John Christy | Judith Curry | Travis Fisher; Steven Koonin; Ross McKitrick; Roy Spencer; Joshua Loucks; Seth Cohen | (5) Deliberative Process; (6) Personal Privacy | Deliberative and personal privacy information regarding anonymous DOE and National Laboratory reviewers of draft Climate Working Group Report | Partial | 3 |
| DOJ_0004 6382 | E-MAIL | 7/14/2025 | Steven Koonin | John Christy; Judith Curry | Travis Fisher; Ross McKitrick; Roy Spencer; Joshua Loucks; Seth Cohen | (5) Deliberative Process; (6) Personal Privacy | Deliberative and personal privacy information regarding anonymous DOE and National Laboratory reviewers of draft Climate Working Group Report | Full | 3 |

| Begin Bates | Record | Date Sent | Person Who Sent | To (not including cc) | Cc | (FOIA Exemption) Reason | Description of Withheld Material | Claim | Pages |
|---|---|---|---|---|---|---|---|---|---|
| DOJ_0004 6533 | E-MAIL | 7/14/2025 | John Christy | Judith Curry | Travis Fisher; Steven Koonin; Ross McKitrick; Roy Spencer; Joshua Loucks; Seth Cohen | (5) Deliberative Process; (6) Personal Privacy | Deliberative and personal privacy information regarding anonymous DOE and National Laboratory reviewers of draft Climate Working Group Report | Full | 3 |
| DOJ_0004 6534 | E-MAIL | 7/14/2025 | Judith Curry | John Christy | Travis Fisher; Steven Koonin; Ross McKitrick; Roy Spencer; Joshua Loucks; Seth Cohen | (5) Deliberative Process; (6) Personal Privacy | Deliberative and personal privacy information regarding anonymous DOE and National Laboratory reviewers of draft Climate Working Group Report | Full | 2 |
| DOJ_0004 6535 | E-MAIL | 7/14/2025 | John Christy | Travis Fisher | Steven Koonin; Ross McKitrick; Judith Curry; Roy Spencer; Joshua Loucks; Seth Cohen | (5) Deliberative Process; (6) Personal Privacy | Deliberative and personal privacy information regarding anonymous DOE and National Laboratory reviewers of draft Climate Working Group Report | Full | 2 |
| DOJ_0004 6540 | E-MAIL | 7/14/2025 | Judith Curry | Ross McKitrick | Travis Fisher; Steven Koonin; Roy Spencer; John Christy; Joshua Loucks; Seth Cohen | (5) Deliberative Process; (6) Personal Privacy | Deliberative and personal privacy information regarding anonymous DOE and National Laboratory reviewers of draft Climate Working Group Report | Full | 2 |
| DOJ_0004 6541 | E-MAIL | 7/14/2025 | Steven Koonin | Judith Curry; Ross McKitrick | Travis Fisher; Roy Spencer; John Christy; Joshua Loucks; Seth Cohen | (5) Deliberative Process; (6) Personal Privacy | Deliberative and personal privacy information regarding anonymous DOE and National Laboratory reviewers of draft Climate Working Group Report | Full | 2 |
| DOJ_0004 6542 | E-MAIL | 7/14/2025 | Judith Curry | Ross McKitrick | Travis Fisher; Steven Koonin; Roy Spencer; John Christy; Joshua Loucks; Seth Cohen | (5) Deliberative Process; (6) Personal Privacy | Deliberative and personal privacy information regarding anonymous DOE and National Laboratory reviewers of draft Climate Working Group Report | Full | 2 |
| DOJ_0004 6543 | E-MAIL | 7/14/2025 | Ross McKitric | Travis Fisher | Steven Koonin; Judith Curry; Roy Spencer; John Christy; Joshua Loucks; Seth Cohen | (5) Deliberative Process; (6) Personal Privacy | Deliberative and personal privacy information regarding anonymous DOE and National Laboratory reviewers of draft Climate Working Group Report | Full | 2 |
| DOJ_0004 6544 | E-MAIL | 7/14/2025 | Travis Fisher | Steven Koonin | Ross McKitrick; Judith Curry; Roy Spencer; John Christy; Joshua Loucks; Seth Cohen | (5) Deliberative Process; (6) Personal Privacy | Deliberative and personal privacy information regarding anonymous DOE and National Laboratory reviewers of draft Climate Working Group Report | Full | 2 |