# Exhibit 8

| | |
|---|---|
| **From:** | Fisher, Travis <travis.fisher@hq.doe.gov> |
| **Sent:** | Monday, July 28, 2025 10:46 AM |
| **To:** | Roy Spencer; Ross McKitrick; John Christy |
| **Cc:** | Steven Koonin; Judith Curry; Loucks, Joshua; Cohen, Seth |
| **Subject:** | RE: [EXTERNAL] RE: July 23rd version - final (?) |
| **Attachments:** | Draft Memo from CWG.docx |

Hi all,

This is a matter of administrative housekeeping—I want to make sure you're all aware of the process and comfortable with it.

The attached memo presents an action item to the Secretary (to publish the report). It's a formality, but please let me know if you'd like to see any changes to the text.

Best,
Travis

**From:** Roy Spencer <roywspencer@hotmail.com>
**Sent:** Monday, July 28, 2025 9:21 AM
**To:** Fisher, Travis <travis.fisher@hq.doe.gov>; Ross McKitrick <ross.mckitrick@gmail.com>; John Christy <climateman60@gmail.com>
**Cc:** Steven Koonin <steven.koonin@gmail.com>; Judith Curry <curry.judith@gmail.com>; Loucks, Joshua <Joshua.Loucks@hq.doe.gov>; Cohen, Seth <seth.cohen@hq.doe.gov>
**Subject:** Re: [EXTERNAL] RE: July 23rd version - final (?)

In my experience, any of the right-leaning news outlets have always treated me well. But (unlike John), I'm no longer willing to talk to the "usual suspects"... CNN, MSNBC, NPR and its derivatives, and the British press

Years ago the science reporter at BBC, Richard Black, put some *ad hominem* in his report on my interview, and he took a lot of flak for it from readers... he tried to get me to do a follow-up to save face, and I said sorry, buddy, you had your chance.

-Roy

**From:** Fisher, Travis <travis.fisher@hq.doe.gov>
**Sent:** Monday, July 28, 2025 8:05 AM
**To:** Roy Spencer <roywspencer@hotmail.com>; Ross McKitrick <ross.mckitrick@gmail.com>; John Christy <climateman60@gmail.com>
**Cc:** Steven Koonin <steven.koonin@gmail.com>; Judith Curry <curry.judith@gmail.com>; Loucks, Joshua <Joshua.Loucks@hq.doe.gov>; Cohen, Seth <seth.cohen@hq.doe.gov>
**Subject:** RE: [EXTERNAL] RE: July 23rd version - final (?)

1

DOJ_00044104