# Exhibit 9

Cc: Steven Koonin <steven.koonin@gmail.com>,  Roy Spencer <roywspencer@hotmail.com>, Ross McKitrick <ross.mckitrick@gmail.com>, Travis Fisher <travis.scott.fisher@gmail.com>, Josh Loucks <loucksj14@gmail.com>

Subject: Re: Scoping

I think we can reframe #3 and #4 to address more general issues at the science-policy interface I'll try to find time today to write something

On Mon, Jun 2, 2025 at 10:29 AM John Christy <climateman60@gmail.com>  wrote:

Ross

I can contribute to #1 and #2, but wouldn't be much help with #3 and #4.

John C.

On Mon, Jun 2, 2025 at 10:47 AM Steven Koonin <steven.koonin@gmail.com>  wrote:

I think the preamble and questions 1 and 2 are right on point.

But I've a problem with questions 3 and 4 as they're out of our lane. We are not experts in USG organization, roles, responsibilities, authorities.   We see the beast only from the periphery.

A better question replacing 3 and 4 would be to ask for recommendations as to how the NCA process could be improved.

SEK

**From:** Roy Spencer <roywspencer@hotmail.com>
**Sent:** Monday, June 2, 2025 11:14 AM
**To:** Judith Curry <curry.judith@gmail.com>; Ross McKitrick <ross.mckitrick@gmail.com>
**Cc:** Travis Fisher <travis.scott.fisher@gmail.com>; Josh Loucks <loucksj14@gmail.com>; John Christy <climateman60@gmail.com>; Steven Koonin <steven.koonin@gmail.com>
**Subject:** Re: Scoping

Looks good to me... not sure the last (4th) question is necessary. Supposedly, the USGCRP was formed to coordinate global change research across agencies... Pielke Jr (whose PhD thesis was on its formation and purpose) claims that putting USGCRP control in the WH makes the whole process unavoidably political, which was probably the intent. Not sure how that factors in here...

-Roy

**From:** Judith Curry <curry.judith@gmail.com>
**Sent:** Monday, June 2, 2025 9:56 AM
**To:** Ross McKitrick <ross.mckitrick@gmail.com>
**Cc:** Travis Fisher <travis.scott.fisher@gmail.com>; Josh Loucks <loucksj14@gmail.com>; John Christy <climateman60@gmail.com>; Roy W. Spencer <roywspencer@hotmail.com>; Steven Koonin

<steven.koonin@gmail.com>
**Subject:** Re: Scoping

this is good

On Mon, Jun 2, 2025 at 7:32 AM Ross McKitrick <ross.mckitrick@gmail.com> wrote:

I have drafted a 1-page charge letter for the Secretary, setting out what I think are entirely defensible questions for a cabinet official to ask, and which would be feasible for us to answer on a short time scale. Comments welcome.

--

Judith Curry, President
CFAN - Climate Forecast Applications
Network
Reno, NV USA
curry.judith@cfanclimate.com |
+1.404.803.2012
http://www.cfanclimate.net

--

Judith Curry, President
CFAN - Climate Forecast Applications
Network
Reno, NV USA
curry.judith@cfanclimate.com |

DOJ_00000262

+1.404.803.2012
http://www.cfanclimate.net

--

Judith Curry, President
CFAN - Climate Forecast Applications
Network
Reno, NV USA
curry.judith@cfanclimate.com |
+1.404.803.2012
http://www.cfanclimate.net

--

Judith Curry, President
CFAN - Climate Forecast Applications
Network
Reno, NV USA
curry.judith@cfanclimate.com |
+1.404.803.2012
http://www.cfanclimate.net

DOJ_00000263