IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENVIRONMENTAL DEFENSE FUND, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>CHRISTOPHER WRIGHT, in his official capacity as Secretary of Energy, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-12249-WGY |

**DEFENDANTS' NOTICE OF COMPLIANCE**

Defendants respectfully submit this Notice to inform the Court of compliance with this Court's orders compelling production of documents under Section 10(b) of the Federal Advisory Committee Act.

On December 8, 2025, this Court directed the production of Section 10(b) records by December 22, 2025. ECF No. 78. Defendants timely produced 68,000 pages of documents. On their own initiative, Defendants supplemented that production to correct a technical imaging issue with respect to certain documents that had been produced on December 22, 2025.

On January 21, 2026, this Court granted in part, and denied in part, Plaintiffs' motion to compel production of documents which had been withheld by Defendants on the ground of the deliberative process privilege under FOIA Exemption 5. ECF Nos. 94, 95. As confirmed by Plaintiffs, the universe of the records subject to this Court's January 21 Order was the listing of emails and attachments set forth on Plaintiffs' Exhibit 2 that accompanied their motion to compel. *See* ECF No. 89-2 (Exhibit 2 – Emails and Attachments Sent by Climate Working Group

Members).  On January 28, 2026, Defendants produced to Plaintiffs all of the previously-withheld documents listed on Plaintiffs' Exhibit 2.  Defendants also produced additional documentation that was fairly encompassed within this Court's Order but may have been overlooked by Plaintiffs.  *See* DOJ_2451; DOJ_13882.

On January 23, 2026, this Court granted, in part, Plaintiffs' motion to compel production of documents listed on Plaintiffs' Exhibit 6 (ECF No. 89-6), which had been withheld on privacy grounds under FOIA Exemption 6.  ECF No. 97.  On January 28, 2026, Defendants produced to Plaintiffs the previously-withheld documents listed on Plaintiffs' Exhibit 6.  Consistent with this Court's January 23 Order, certain personal information (*i.e.*, email addresses, passwords, and telephone numbers) was redacted and not disclosed.

                                       Respectfully submitted,

Dated: January 28, 2026                  BRETT A. SHUMATE
                                                Assistant Attorney General
                                                Civil Division

                                                ELIZABETH J. SHAPIRO
                                                Deputy Branch Director
                                                Federal Programs Branch

                                                /s/ *John J. Halloran, Jr.*
                                                JOHN J. HALLORAN, JR.
                                                D.C. Bar No. 454128
                                                Trial Attorney
                                                U.S. Department of Justice
                                                Civil Division, Federal Programs Branch
                                                1100 L Street, NW
                                                Washington, DC 20005
                                                Tel: (202) 598-3398
                                                Fax: (202) 616-8460
                                                Email: John.J.Halloran.Jr@usdoj.gov

                                                *Attorneys for Defendants*

3

## CERTIFICATE OF SERVICE

I hereby certify that I have filed this document with the Court's ECF system, which sends notice to all parties identified on the NEF.

Date: January 28, 2026

*/s/ John J. Halloran, Jr.*
JOHN J. HALLORAN, JR.
Trial Attorney
United States Department of Justice
